ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy
by Order of Judge Alvin K. Hellerstein

Date: 5/30/19

RE: U.S. v. David Smotherman- 19 Cr. 382 (AKH)

The pre-trial conf. previously set for May 30th at 2:00 pm is hereby adjourned.

You are hereby notified that you are required to appear for a pre-trial conf.

Date: 6/11/19
Time: 11:00 a.m.
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
5-30-19