**GEORGE D. MURPHY, JR.**
ATTORNEY AT LAW
1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002

BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE 713 658 1960
george@georgemurphylawyer.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/19

June 26, 2019

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

So Ordered
6-27-19
/s/ Alvin K. Hellerstein

**RE: United States v. David Smothermon 19 Cr. 382; Request To Travel to Western District of Texas**

Dear Judge Hellerstein:

I write to request that the conditions of Mr. David Smothermon's release be amended to allow him to attend a family reunion from July 7, 2019, through July 10, 2019, in Lake Buchanan, Texas, which is in the Western District of Texas.

Mr. Smothermon is charged with one count of committing wire fraud. On November 27, 2018, the court ordered Mr. Smothernon's release on a $1,000,000 personal recognizance bond with $100,000 placed in the registry of the court and a condition that Mr. Smothermon's travel be restricted to the Southern District of New York, the Eastern District of New York, and the Southern District of Texas where Mr. Smothermon lives. Mr. Smothermon is in compliance with all the conditions of his release.

I have conferred with both Mr. Michael Cannon, Mr. Smothermon's supervising pretrial services officer, and with Ms. Kristy Greenburg, the Assistant United States Attorney handling Mr. Smothermon's case. Both are unopposed to Mr. Smothermon's travel to the Western District of Texas to attend a family reunion from July 7, 2019, through July 10, 2019.

Therefore, I respectfully ask that the court so order this request and amend Mr. Smothermon's conditions of release to allow the requested travel to the Western District of Texas.

Sincerely,

George D. Murphy, Jr.