USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 1/29/2020

GEORGE D. MURPHY, JR.
ATTORNEY AT LAW
1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002

BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE 713.658.1960
george@georgemurphylawyer.com

January 28, 2020

So ordered
1-29-2020
[signature] A.K. Hellerstein

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

**RE:  United States v. David Smothermon 19 Cr. 382; Request To Travel**

Dear Judge Hellerstein:

I write to request that the conditions of Mr. David Smothermon's release be amended to allow him to attend a family reunion from July 7, 2020, through July 10, 2020, in Beaumont, Texas, and to travel to San Diego, California from February 27, 2020, through March 3, 2020, to celebrate his 25th wedding anniversary.

Mr. Smothermon is charged with one count of committing wire fraud. On November 27, 2018, the court ordered Mr. Smothermon's release on a $1,000,000 personal recognizance bond with $100,000 placed in the registry of the court and a condition that Mr. Smothermon's travel be restricted to the Southern District of New York, the Eastern District of New York, and the Southern District of Texas where Mr. Smothermon lives. Mr. Smothermon's case is set for trial June 29, 2020. Mr. Smothermon is in compliance with all the conditions of his release.

I have conferred with both Ms. Isabel Davila, Mr. Smothermon's supervising pretrial services officer, and with Ms. Katherine Reilly, the Assistant United States Attorney handling Mr. Smothermon's case. Both are unopposed to Mr. Smothermon's above travel requests.

Therefore, I respectfully ask the court to amend Mr. Smothermon's conditions of release to allow him to travel to Beaumont, Texas from February 7-10, 2020, and to San Diego California from February 27, 2020, through March 3, 2020.

Sincerely,

George D. Murphy, Jr.