IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

VS                                                              CRIM. NO. 19-00382

DAVID SMOTHERMON

ORDER GRANTING MOTION FOR ISSUANCE OF SUBPOENAS

The Defendant's Exparte Motion for Leave to Issue Rule 17(c) Subpoena which is attached to the Defendant's motion is GRANTED. The Defendant's unredacted version of this motion is ordered sealed.

SIGNED this  8th  day of  August , 2022.

/s/ Alvin K. Hellerstein
Honorable Alvin K. Hellerstein

10