# GEORGE D. MURPHY, JR.
ATTORNEY AT LAW
1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002

BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE 713.658.1960
george@georgemurphylawyer.com

September 21, 2022

SO ORDERED.

/s/ Alvin K. Hellerstein
September 21, 2022

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

**RE: United States v. David Smothermon 19 Cr. 382; Request To Travel**

Dear Judge Hellerstein:

I write to request that the conditions of Mr. David Smothermon's release be amended to allow him to travel with his family to Breckenridge, Colorado, and the surrounding area from October 6, 2022, through October 10, 2022.

Mr. Smothermon is charged with one count of committing wire fraud. On November 27, 2018, the court ordered Mr. Smothernon's release on a $1,000,000 personal recognizance bond with $100,000 placed in the registry of the court and a condition that Mr. Smothermon's travel be restricted to the Southern District of New York, the Eastern District of New York, and the Southern District of Texas where Mr. Smothermon lives. Mr. Smothermon's case is set for a status conference on March 21, 2023. Mr. Smothermon is in compliance with all the conditions of his release.

I have conferred with Ms. Isabel Davila, Mr. Smothermon's supervising pretrial services officer, and with Ms. Katherine Reilly, the Assistant United States Attorney handling Mr. Smothermon's case. Both are unopposed to Mr. Smothermon's travel request.

Therefore, I respectfully ask the court to amend Mr. Smothermon's conditions of release to allow him to travel to Colorado on October 6, 2022, and return to Houston, Texas on October 10, 2022.

Sincerely,

George D. Murphy, Jr.