GEORGE D. MURPHY, JR.
ATTORNEY AT LAW
1001 FANNIN STREET, SUITE 2450
HOUSTON, TEXAS 77002

BOARD CERTIFIED-CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE 713.658.1960
george@georgemurphylawyer.com

May 26, 2023

*So Ordered.*
*5-30-2023*

*/s/ Alvin K. Hellerstein*

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

**RE: United States v. David Smothermon 19 Cr. 382; Request To Travel**

Dear Judge Hellerstein:

I write to request that the conditions of Mr. David Smothermon's release be amended to allow him to travel with his wife on a brief vacation to Temecula, California over the Father's Day weekend from June 16, 2023, to June 19, 2023, to visit friends and family.

Mr. Smothermon is charged with one count of committing wire fraud. On November 27, 2018, the court ordered Mr. Smothermon's release on a $1,000,000 personal recognizance bond with $100,000 placed in the registry of the court and a condition that Mr. Smothermon's travel be restricted to the Southern District of New York, the Eastern District of New York, and the Southern District of Texas where Mr. Smothermon lives. Mr. Smothermon's case is set for a status conference on July 27, 2023.

I have conferred with both Ms. Callie Derrick, Mr. Smothermon's supervising pretrial services officer, and with Ms. Katherine Reilly, the Assistant United States Attorney handling Mr. Smothermon's case. Ms. Derrick reported that Mr. Smothermon is in compliance with the conditions of his release. Ms. Reilly is unopposed to Mr. Smothermon's above travel request.

Therefore, I respectfully ask the court to amend Mr. Smothermon's conditions of release to allow him to travel to Temecula, California from June 16-19, 2023.

Sincerely,

George D. Murphy, Jr.