**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 23, 2024

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

        Re:    *United States* v. *David Smothermon*, 19 Cr. 382 (AKH)

Dear Judge Hellerstein:

        Yesterday, at the request of the parties, the Court adjourned the March 26, 2024 conference to May 16, 2024. (ECF No. 93). With consent from defense counsel, the Government respectfully moves for the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from March 26, 2024 until May 16, 2024. A proposed order is attached for the Court's consideration.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    */s/Rushmi Bhaskaran*
        Katherine C. Reilly
        Rushmi Bhaskaran
        Assistant United States Attorney
        (212) 637-6521 / 2439

cc:    Terry Yates, Esq. and George Murphy, Esq. (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

        Plaintiff,

- against –

DAVID SMOTHERMON,

        Defendant.

------------------------------------ x

ORDER

19 Cr. 382 (AKH)

       On March 22, 2024, the Court adjourned the pretrial conference in this matter from March 26, 2024 to May 16, 2024.

       Upon the application of the United States of America, by and through AUSA Rushmi Bhaskaran, and with the consent of David Smothermon, by and through George Murphy, Esq. and Terry Yates, Esq., the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant and his counsel to review discovery materials, determine whether the defendant wishes to make motions, and prepare for trial. Accordingly, it is ORDERED that the time between March 26, 2024 and May 16, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: New York, New York
       March __, 2024

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE