UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                                                 :
                                                 :
v.                                               :    Case No. 19-Cr-382 (AKH)
                                                 :
                                                 :
                                                 :    **NOTICE OF APPEARANCE**
                                                 :
DAVID SMOTHERMON,                                :
                                                 :
                                                 :
                     Defendant.                  :
-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Daniel J. O'Neill of Shapiro Arato Bach LLP hereby appears as counsel for Defendant David Smothermon in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated:  May 15, 2024                             Respectfully submitted,

                                                 /s/ Daniel J. O'Neill

                                                 Daniel J. O'Neill
                                                 SHAPIRO ARATO BACH LLP
                                                 1140 Avenue of the Americas, 17th Floor
                                                 New York, NY 10036
                                                 Tel: 212-257-4885
                                                 doneill@shapiroarato.com

                                                 *Attorneys for Defendant David Smothermon*