## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DAVID SMOTHERMON,<br><br>*Defendant*. | Case No. 19 Cr. 382 (AKH)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Avery D. Medjuck of Shapiro Arato Bach LLP hereby appears as counsel for Defendant David Smothermon in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: July 19, 2024
      New York, New York

/s/ Avery D. Medjuck
Avery D. Medjuck
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4890
amedjuck@shapiroarato.com

*Attorneys for Defendant David Smothermon*