**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DAVID SMOTHERMON,<br><br>*Defendant*. | Case No. 19 Cr. 382 (AKH) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law and Declaration of George D. Murphy, Jr. and accompanying exhibits, Defendant David Smothermon will move before the Honorable Alvin K. Hellerstein on September 18, 2024 at 11:00 am, or another date and time to be set by the Court, for an order:

1. Dismissing the Superseding Indictment pursuant to Federal Rule of Criminal Procedure 12(b), for failure to state an offense and untimeliness, or in the alternative;

2. Adjourning all proceedings in this action pending the Supreme Court's decision in *Kousisis v. United States*, *cert. granted* (U.S. June 17, 2024) (23-909); and

3. Granting such other relief as this Court's deems just and proper.

Dated: July 19, 2024
New York, New York

Respectfully submitted,

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Daniel J. O'Neill
Avery D. Medjuck
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
ashapiro@shapiroarato.com
doneill@shapiroarato.com
amedjuck@shapiroarato.com

George D. Murphy, Jr. (admitted *pro hac vice*)
GEORGE D. MURPHY, JR.
1001 Fannin, Suite 2450
Houston, Texas 77002
(713) 658-1960
george@georgemurphylawyer.com

Terry W. Yates (admitted *pro hac vice*)
YATES AND ASSOCIATES
2502 Algerian Way
Houston, Texas 77098
(713) 861-3100
tyates@yateslawoffices.com

*Attorneys for Defendant David Smothermon*