# EXHIBIT A

Sent: Monday, August 01, 2016 1:34:38 AM
Subject: C5 down -.055

C5 down -.055
C3 CW and LST down .01
Opis prices
Double Jan cargo w/ Vitol to 40kt
Double cal18 cargo with statoil to 132kt
Change apr-dec18 c3/c4 p66 deals

Adjust c3 and c4 curves (paper first)

GOVERNMENT
EXHIBIT
701
19 Cr. 382 (AKH)

DS_00046904