# EXHIBIT B

**Sent:** Saturday, August 13, 2016 1:31:17 AM
**Subject:** Figure out what to do. Trade !!!

Figure out what to do. Trade !!!

Buy some c2, change curve

Look at all paper curves, ok to juice Phys

Buy cal17 c4 !!!!

Nwe c3

C5

C2... Ugh. Buy some 1q, cal17, etc... Mark sep down

Before Wed Stats

Move all oct to Jan 3,000,000 @ 3.25
Sell c3 buy c4 in 2q (300/mo)
Do more 17/18/19 c3 fly @ 1.75
C2  buy cal18 (200/mo)
Clean up n/s 1q (250/mo)

4/1/2 c3 fly pay 2.75/3.00
C2 roll sep (1q, 4q, dec, oct) 2540kb
Butane???

P66 deals ???


PFS
All other files
Tax Returns / Files
Emails
Expense Report

ML / Trust / Lawsuit protection
Attorney ??


Sell 4q c4 outright

Buy 2q c4 sell 2q c3

1q2q 17,18,19 pkg

1h2h 18 vs 19 c3

4/1/2 c3 fly

Close positions

Get short

Get deals in correctly and get curve right

17/18 c3/c4 box

1h2h17 c3/c4 sell 1h c3

Oct/1q c3 pay 2.25 (2.75 value)

GOVERNMENT EXHIBIT
702
19 Cr. 382 (AKH)

DS_00047181

DS_00047182