# EXHIBIT C

**Sent:** Monday, August 15, 2016 11:53:20 PM
**Subject:** Cxl or sell back sep-dec opis c4 to Vitol and P66 5

Cxl or sell back sep-dec opis c4 to Vitol and P66 500/mo ($7m)

Buy 150/mo cal17 c4

Fix P66 deals ($12m)

Mark up epc cal17 Phys ($6mil)

Mark up cal17 c4 Phys ($9mil)

Same with 100/mo c5

Revise Vitol Cargo down to 20kt

Statoil cargo

Terminal P/L

GOVERNMENT
EXHIBIT
703
19 Cr. 382 (AKH)

DS_00046906