# EXHIBIT D

Sent:       Tuesday, August 30, 2016 8:25:01 PM
Subject:    Revise Vitol vol down to 20kt

Revise Vitol vol down to 20kt
Enter statoil 2H feb for 20kt
Change price and MTM price on all cargos

Figure out month end c4 opis hit

C2 MTM month end

P66 deals

Newington contracts

Newington schedule volume / pl

GOVERNMENT
EXHIBIT
704
19 Cr. 382 (AKH)

DS_00046908