UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DAVID SMOTHERMAN,<br><br>                              Defendant. | 19 Cr. 382 (AKH)<br><br><u>SCHEDULING ORDER</u> |

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The conference set for September 18, 2024 is adjourned to October 22, 2024 at 10:30 a.m.

  SO ORDERED.

                 ___/s/ Alvin K. Hellerstein_____
                   Alvin K. Hellerstein
                   United States District Judge

Dated: September 17, 2024
     New York, New York