**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 14, 2025

*So ordered*
*1-14-25*
*[signature] A.K. Hellerstein*

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *United States* v. *David Smothermon*, 19 Cr. 382 (AKH)

Dear Judge Hellerstein,

The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am departing the U.S. Attorney's Office for other employment.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By: _____
Katherine C. Reilly
Assistant United States Attorney
(212) 637-6521

cc:   All Counsel of Record (by ECF)