UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **ECF CASE** |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| DAVID SMOTHERMON, | ) ) | **19 Cr. 382 (AKH)** |
| Defendant. | ) |  |

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                Respectfully submitted,

                                                MATTHEW PODOLSKY
                                                Acting United States Attorney for the
                                                Southern District of New York

                                      by:     */s/Matthew Weinberg*
                                                Matthew Weinberg
                                                Assistant United States Attorney
                                                (212) 637-2386