

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 30, 2025

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *David Smothermon*, 19 Cr. 382 (AKH)

Dear Judge Hellerstein:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    /s/ *Rushmi Bhaskaran*
    Rushmi Bhaskaran
    Assistant United States Attorney
    (212) 637-2439

cc:    All Counsel of Record (by ECF)