UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :    **ORDER**
                                                               :
                                                               :
      -against-                                                :    19 Cr. 382 (AKH)
                                                               :
DAVID SMOTHERMON,                                              :
                                                               :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The sentencing hearing scheduled for September 18, 2025 is hereby adjourned to November 20, 2025 at 10:30 a.m. in Courtroom 14D.

    Any video exhibit submitted in connection with sentencing shall be accompanied by a transcript thereof.

    The Clerk of Court shall terminate ECF No. 131.

    SO ORDERED.

Dated:    August 5, 2025                                  /s/ Alvin K. Hellerstein
             New York, New York                     ALVIN K. HELLERSTEIN
                                                    United States District Judge