UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>DAVID SMOTHERMON,<br><br>                    Defendant. | Case No. 1:19-cr-00382-AKH<br><br>**ORDER TO ADMIT DAVID ISAAK *PRO HAC VICE*** |

The motion of David Isaak for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Texas, and that his contact information is as follows:

> David Isaak
> STEPTOE LLP
> 717 Texas Avenue, Suite 2800
> Houston, Texas 77002
> Telephone: (713) 221-2300
> E-mail: disaak@steptoe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant David Smothermon, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  September 17, 2025
            New York, New York

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein
United States District Judge