Julia Gatto
212 378 7587
jgatto@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Via ECF**

September 26, 2025

*So ordered*
*9-26-25*
*/s/ Alvin Hellerstein*

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. David Smothermon, 19 cr 382*

Your Honor:

    With the consent of the government and Pretrial Services, we write to seek permission for Mr. Smothermon to travel between October 2 and October 5, 2025 to Oxford, Mississippi to attend the wedding of a friend's son.

    Mr. Smothermon has pleaded guilty to a one count Indictment in which he is charged with committing wire fraud and is awaiting sentencing. He has been in the community subject to bail conditions since his arrest in November 2018. Those conditions restrict his travel to the Southern District of New York, the Eastern District of New York, and the Southern District of Texas where Mr. Smothermon lives. Since his release, Mr. Smothermon has been in compliance with all his bail conditions.

Respectfully Submitted,

/s/ Julia Gatto
Julia Gatto
David Isaak
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Attorneys for David Smothermon

cc:   All Counsel (via ECF)
      Ms. Flor Troiani, United States Pretrial Officer (via email)