Sandra Reed
3011 Akard St.
Houston, TX 77051

October 3, 2025

The Honorable Alvin Hellerstein

Dear Judge Hellerstein,

My name is Sandra Reed. I worked at Trammo for 11 years. Dave Smothermon was my boss when I worked at Trammo. He made me the office manager. I was in charge of accounts payable, invoices, payments, making arrangements for parties, solving problems, and was the receptionist.

People know me because of my smile. I always try to see the bright side. I went through a lot though in my life while I worked at Trammo. My co-worker noticed that I lost my smile and asked me what was wrong. I told her my husband was mentally, physically, financially, and verbally abusing me. I told her that I was trying to leave him but that I didn't have enough money to move.

My co-worker went to Dave without me knowing. She told him everything that I told her. Dave called me into his office and talked to me. I broke down. He asked me how he could help me and what I needed to do to move. Dave told me that he couldn't let me go through this alone. He told me that everybody needs help. I told him that I needed a deposit for a condo and I had furniture on layaway. He paid for everything—the deposit and the furniture. He and David Herr also helped me with my car.

I can't thank Dave enough for what he did for me. He didn't have to talk to me and help me. He could have stayed silent. I was the only Black employee at Trammo and he made me feel like not just an employee. Dave created a family atmosphere at Trammo. He treated me like family when he helped me.

Dave was a great boss. He helped my daughter get a job. He made sure that my bonus was fair and raised it when it wasn't. He always acknowledged me and the work I did. He made sure to help me when I needed it. He was a good communicator.



Defendant's Exhibit
**01**
USA v. David Smothermon

I worked at Trammo in 2016. It was awful when Dave left. But I forgave him. Dave did something very wrong, but he's not a bad person. Please remember that when you sentence him. Please remember that he didn't have to help me but he treated me like family. Please consider a sentence that keeps him home with his family.

Sincerely,

*Sandra Reed /JCB*

Sandra Reed



Dave, Me, and David Herr