November 3, 2025

The Honorable Alvin K. Hellerstein
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Hellerstein:

I first got to know Dave Smothermon in the early 2000s. We both traded LPGs (liquid petroleum gas). Dave had a reputation for being a smart, capable, and ethical trader. In 2005, Dave moved to Trammo to work with David Blosser and John Hinsey, who ran Trammo's NGL desk at the time. Dave took this job after briefly working as a trader at Trafigura, a top trading company. For most traders, the Trafigura job would have been an incredible opportunity, but Dave didn't want the travel obligations that came with it. Dave's first priority, has always been his family: his wife Angie and his son Carson, who suffers from cerebral palsy. Trammo was willing to offer Dave flexibility in his schedule to allow him to fulfill his family responsibilities so he could make Carson's doctor's appointments and care for his son.

Dave was considered one of the best LPG traders in the market. During his tenure at Trammo, before 2016, Dave's book broke even one year, lost a small amount one year, and made money all the other years. In 2010 and 2011, Trammo's LPG division suffered a double blow when John Hinsey, the LPG division's vice president passed away after a long battle with cancer and months later, the LPG Division's President David Blosser passed away in a tragic tractor accident. This left Dave, at 41 years old, as the President of the LPG Division. Shortly thereafter, Dave hired me to help run Trammo's LPG division.

One of the challenges that Dave and I faced when I moved over to Trammo was managing the Sea-3 import terminals. Trammo had owned these assets for years, but when shale gas production in the United States increased, these terminals, which used to import LPGs, became obsolete. Trammo then undertook to turn these terminals into facilities to export LPGs. Dave assigned these terminals to me while he continued to run the trading book.

Working for Dave, I observed firsthand how he ran the office. Dave created an environment where his colleagues felt valued and respected. Dave carried a strong sense of responsibility for the well-being of everyone who worked there and truly felt his trading profits were less about adding to his bank account and more about sharing with the team. Dave took a personal interest in his employees. For example, when Sandra Reed told Dave that her husband was abusing her, Dave paid for an apartment and bought her furniture to get out of that bad situation. Dave was also generous with his employees, insisting on sharing more of our group's bonus pool than he was not required to and even though Trammo's management pushed back on sharing this much of the group's bonus with employees. Dave even shared our bonus pool with employees who are not directly in our group but part of the overall team. David also paid his employees generous Christmas bonuses out of his own pocket.



Defendant's Exhibit
02
USA v. David Smothermon

From 2011 to 2015, our group was very profitable. The same could not be said of Trammo's other divisions. Trammo's ammonia, metals, and chemicals groups were all losing money and suffering from poor market conditions. Especially after our division had a very profitable 2015, Trammo's management expected that Dave would continue his winning ways and that the LPG trading group would continue to make money for Trammo. By 2016, Trammo put Dave on its Board. The continuously rising expectations by Trammo put Dave under constant stress to perform.

In 2016, I could tell that Dave was starting to feel enormous pressure. Dave had put on a big trade at the beginning of the year, but the market was not turning the way that he thought it should. Dave's book was losing money. (Eventually, the market did turn. Had Trammo held Dave's positions until the end of 2016 instead of liquidating them in September and October 2016, Trammo would have made a lot of money.) As a result, Trammo's clearing broker, Societe General started making margin calls.

Meanwhile, Dave was dealing with personal problems at home. While Dave rarely talked about personal issues, I knew that he was going through a lot at home. His wife's best friend was dying of cancer, Carson's condition had taken a turn for the worse, and Dave's father was diagnosed with dementia. Dave started showing up to work disheveled with his shirt untucked and messy hair. I could tell that he was struggling. He was coming in late and leaving early. And he was drinking more than he normally did.

On August 31, 2016, I received a call from Dave. A call that I will never forget . . . it was on the eve of my 3rd child's planned c-section. But what more memorable was Dave telling me that he couldn't do his job anymore, and that he was tired and burned out. His voice and his tone was so despondent that for the first time ever I saw Dave as actually needing help. Before this point I had also known Dave to be a giver and never once asking for help or talking too much about any of his personal issues. I was very concerned that Dave was going to take his own life. I told him that Trammo was just a job and that he needed to be there to take care of Carson. The next day Dave resigned.

After Dave resigned, I was assigned to review the trading book. In doing so I found that David had been mis-marking his book and hidden tens of millions of dollars in losses. This was beyond shocking to me. Dave was so trustworthy and honest and so heartfelt that for him to make these decisions just didn't make sense. To this day I have not been able to reconcile what really happened or why – but I know in my heart that 'that' person was NOT the Dave that I had come to know and respect over the past 15 years.

In the aftermath of Dave's resignation, Trammo forced me liquidate all of his positions (at times against my behest). In doing so, I was able to recoup about $40 million. Trammo then made the decision to exit the LPG trading business. I proposed to the Trammo Board to allow me to rebuild the business and provided a detailed strategy for them to do so, but Trammo's management insisted on shuttering the entire LPG trading division.

The Honorable Alvin K. Hellerstein                                                                          3
November 3, 2025

Because of Dave's bond conditions, I have not been able to talk with him since his resignation . . . almost 9 long years. I understand that what Dave did was wrong, but I ask the Court to strongly consider the quality of life lived up to that point in 2016 – an incredible Husband, Father and Friend to so many.   I also ask that the Court consider his responsibility for Carson when deciding his sentence. Our community is better with Dave in it.

        Very truly yours,

        David T. Herr