
  

November 20, 2025

The Honorable Alvin K. Hellerstein

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY  10007-1312

Dear Judge Hellerstein:

We jokingly call ourselves The Buchanan Bunch, named for a lake in the Texas Hill country where our families have vacationed for over a decade.  Four couples (Dave and Angie Smothermon, Kevin and Kathy Lenz, Kevin and Stephanie Koerner and Sid and Kirsten French) who met 20 years ago when our children were in kindergarten. Our families are very close. We take parent get-away trips, vacation as families together and see each other socially almost every week. Throughout the years we have shared the good times and challenges of our children's progression toward adulthood. Together, we have navigated personal difficulties, three hurricanes and the tragedy of losing friends and relatives. We are more than just friends.  We are a village.  We are family. It is from this perspective that we offer our letter of support.

The schools our children attended are basic public schools. The neighborhood we all lived in is a typical middle-income suburban neighborhood. It was years into our friendship before we all grasped how wealthy Dave and Angie were. We may not truly grasp the extent of that wealth even now.  It doesn't factor into our friendship. Angie and Dave could have lived anywhere they wanted in Houston. Certainly, they could have moved in town, lived in River Oaks (Houston's most elite neighborhood), sent Carson to the most prestigious private school, St. John's and been part of that elite circle. They didn't. They chose to stay in Clear Lake to ensure Carson could remain in school with his friends. We often joke that the Smo's (that's what we call them) are slumming with us, sitting on our worn couches, our mismatched backyard furniture, and staying in the

Defendant's Exhibit 03 — USA v. David Smothermon

Holiday Inn Express with us so that we can use our loyalty points. Of course, we have also been on the receiving end of their generous hearts and done some amazing things because of their financial position. But that is not our every day.  In our every day, we watch the Astros or Texans at someone's house or a local venue. We cook meals together. We gather at the holidays and celebrate the milestones and accomplishments of our children together. We mourn the loss of friends and family together. We are just normal. The Smothermon's are just normal. What is extraordinary is this amazing friendship, this inherited family that we have built and maintained for 20 years. That is special and we are all grateful to have that connection.

When our kids were in kindergarten, one of the first things we noticed about Dave was what an incredibly dedicated father he is.  Dedication to your child is not an uncommon trait among parents.  When your child has a significant disability, this dedication requires a more extensive sacrifice. Over the years, we have watched Dave navigate the physical and emotional challenges Carson faces every day. He has done this with incredible grace and thoughtfulness. All the milestones Carson has achieved are in part due to his own perseverance and strength but also to the incredible support provided by Dave and Angie. Dave is Carson's champion. Dave is Carson's protector. He has been there to guide and advocate for him since those first days in ICU just as he was there to watch him cross the stage at graduation and emerge into young adulthood. He is an extremely loyal and involved parent. His relationship with Carson has evolved now that Dave has retired and Carson is an adult.  They are father and son. They are also very close friends. Dave and Carson have always been an incredibly tight unit but are even more so now. As most of Carson's friends have moved out, gone to college and are now working or in graduate school, Dave's role remains crucial as he and Angie work toward helping Carson achieve independence. We cannot emphasize strongly enough how much respect we have for the parent he is and cannot imagine the impact it will have on Angie, but especially Carson if Dave is separated from them.

Most of our knowledge about Dave's character comes from our friendship and our children's friendship.  In addition, all eight of us have also been colleagues as we worked on numerous volunteer efforts together over the years. In elementary school, our group of eight was heavily involved as PTA President (Kirsten), School Fair Coordinators (Kathy and Stephanie) and Silent Auction Chair (Angie). Dave, along with the other dads were our facilities coordinators, a fancy title for manual labor.  Under our direction ☺ they unloaded the shed, set up booths and hauled heavy concrete filled buckets across the parking lot. Because of our PTA roles, we knew Angie and Dave were the anonymous donors who made it possible for a new track to be built so the kids did not have to run in the parking lot for gym.  This generosity later led to the Smothermons being recognized as a Friend of Education as one of the top donors at North Pointe Elementary.

Hands-on volunteerism combined with financial commitment are the hallmark of how Dave and Angie demonstrate their gratitude toward the people, schools and institutions that have made a difference in Carson's life.  It continued through middle school where Angie coordinated the 6th grade social, 8th grade dance and supported teachers and staff by raising money though involvement with the PTA.  Carson, like Dave developed

an incredible base of knowledge and love for football, basketball and anything athletic. In middle school he became involved as a statistician and support person for football and basketball. Dave and Angie accordingly became benefactors for the athletic program by purchasing new scoreboards.

Carson's connection to the athletic program continued into high school. He was involved in a similar role for the basketball team and worked for the coaches, keeping stats for several years. Dave attended every game, showing his support for Carson through a shared passion for a sport he could not play but participated in nonetheless. Throughout the years, Dave and Angie donated equipment, ball-return machines and new uniforms for all the basketball teams. When our children were seniors, Houston was hit with one of the most destructive hurricanes to make landfall in the United States. We live very close to the coast, and many communities were decimated. Our high school has the lowest socio-economic profile in our district. Many families were already struggling. Hurricane Harvey was devastating for them. Dave and Angie met with the counseling staff and Principal and arranged for a substantial financial donation to help those families. They did this while their own house was flooded, and they were living in a rental property.

As high school ended, one of the most memorable contributions Dave made on behalf of our children was for the Project Grad event aimed at preventing drinking and driving following high school graduation. Teenagers not only believe they are invincible but are also too cool to attend any event coordinated by parents. It was Dave's role as Casino Room Chair that made the difference in attendance and keeping those difficult teens safe and occupied the entire night. He conceptualized, funded and implemented a working casino with actual dealers. Rather than playing for money, kids were playing for gift cards that had been donated. That room was packed. It was the hit of the night and what everyone was talking about after it was over. That was all Dave. We asked, he said yes, and he blew it out of the park.

Dedicated, honest, loyal, generous, protective, trustworthy, witty, supportive, fun, big-hearted, intelligent, philanthropic, kind...that is the Dave we know. We understand he made a grave mistake leading to the charges that have been brought before the court. He made this mistake during an incredibly difficult time in his life when he was facing the mental decline of a father diagnosed with Alzheimer's and the reality that Carson's whole life was about to change. 2015-2016 is also when Carson's friends began driving, thinking about careers and looking at colleges, taking those first big steps toward independent adulthood. It was also the same year Carson withdrew from high school to attend a hybrid homeschooling program because what was required to navigate the huge public school was too much for him, emotionally and physically. We are not trying to make excuses for the decision he made and recognize the fallout from this decision cost people their jobs and significant loss for Trammo.

As people who love Dave and love his family, we respectfully ask that you consider the life he has led and the totality of the man who stands before you. Please grant him leniency in the sentencing. Please consider a sentence that does not include prison time away from his family. Our dear friend did something completely out of character for the man we have known for 20 years. The magnitude of that terrible mistake has

weighed on him. It is evident every time we see Dave in how he carries himself, how he his light has dimmed and how he has aged significantly. But he is still our Dave. We are in awe of his generosity, his intellect and his utter devotion to the people he cares about. Each of us is honored to call Dave our friend and would proudly be judged based on his character and our friendship with him. Of course, we will be in the courtroom later this year to demonstrate our love for this man and his family.

Thank you for your consideration.

Kevin and Kathy Lenz

*Kathy Lenz*

Kevin and Stephanie Koerner

*Stephanie Koerner*

Sid and Kirsten French