Dear Judge Hellerstein,

My name is Jason Daly, I'm writing this letter on behalf of my friend of 10 years and business partner for the past 7 years David Smothermon. Prior to meeting Dave I was a high school teacher/coach and spent my weekends bartending which led into my partnering in my first restaurant and then eventually meeting Dave and forming our partnership.  I started my career out of college in the financial industry as a bond broker so I have a unique perspective of seeing Dave's situation from both a professional and personal level. I fully understand the seriousness of the crime Dave committed as I was privy to the strict rules and regulations of the industry in my first career. Having said that I am also a witness to a person I do not think is defined by that mistake he made in judgment.

I first met Dave as a bartender in his eyes as he did not know I was a partner in our original restaurant.  Dave and Angie were having dinner at our restaurant which was in their neighborhood and I was serving them.  I had a preface as to who he was as my business partner had known him prior, so I knew he'd done well in his industry and was some kind of trader. From that initial meeting I could tell Dave and Angie were genuine and kind.  They were genuinely interested in the stories of all of our staff and where we had come from and how we came to know John and be a part of Jhenrys(our original restaurant). Dave knew we were a struggling new business trying to find our path, he would go out of his way to bring people into the restaurant and always left tremendous tips to help out our employees. Our encounters in this nature became frequent as Dave became a regular and our friendship grew over the next year or so.  Dave, John and I found we had many of the same interests in sports, business and many other things and we all realized quickly that a business relationship was something we were all interested in.  As our talks began to discuss what is now our current restaurant group (Craft 96) one thing I will forever be grateful for is Dave's insistence that I be a part of the deal. In the heat of opening our first restaurant my business partner John and I didn't always see eye to eye, but Dave insisted that if he was moving forward we would both be involved or there was no deal.  He saw in us that what we were building needed both of us as we brought different qualities to the table that led to our success.  That decision by Dave has been instrumental in changing my life as since then we have gone on to open 3 restaurants together.  Dave allowed us to structure these deals where John and I were able to avoid the hassles of normal banks that can be very harsh for lending to restaurants.  Because of this John and I and our families benefited greatly by being able reap the financial success of our business far sooner or ever had Dave not been involved.

Outside of business over the last 10 years Dave has become one of my closest friends.  Not only has he had a huge impact on my life I have seen his impact on others lives as well.  He is one of the most devoted fathers I've seen.  Not only making sure that his son Carson is provided for with best care possible to make his life as normal as can be, but also being Carson's best friend.  They truly have one the best father son relationships I've ever personally witnessed.  I've also seen Dave's kindness to our staff and community go above and beyond.  On numerous occasions Dave has donated to charities and employees while asking for no



Defendant's Exhibit

**04**

USA v. David Smothermon

recognition.  Oftentimes he would personally donate and then allow the restaurant to take credit for such donations or generosity.

As a person with a financial background I understand the crime that Dave committed and the consequences he faces.  As Dave's business partner and friend I ask for compassion in sentencing because I know the person he is and the impact he has had on my life and many others.  I ask you not to define him by this mistake and to take into consideration the many things I and his other friends and family have testified to the real person he is.  Thanks for taking the time to consider my thoughts.

Thank You
Jason Daly
JDaly.dhk@gmail.com
713-839-5405

Signed by:
*JDA*
6FD9FA3F122D44E...

Oct-03-2025