John Amato
3110 Scenic Elm St.
Houston, TX 77059

October 1, 2025

Honorable Alvin K Hellerstein
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Hellerstein,

My name is John Amato, and I am a current business partner of David Smothermon.  I am a graduate of the Hilton College of Hotel and Restaurant Management at the University of Houston and the current owner of 3 restaurants in the Houston area. At each of our restaurants, we strive to be active supporters of the local community by not only offering a family friendly location for people to gather, but also through hosting fundraisers and donating fundraising items to local schools and organizations. Our original restaurant just celebrated 10 years of business, and our subsequent locations have been open almost 8 and 3 years respectively. I have been married for 16 years and my wife, Jackie, and I have 3 boys ages 12, 9 and 6. I have been a member of Clear Creek Community Church for 18 years. At our church I am a member of the safety team, and I serve with our International Missions Team. I also coach my sons in baseball, assist with homeschool math lessons for our three boys, and support my wife in her role as the director of a Classical Conversations Homeschool Community in our area.

I have known David (Dave) for 15 years, dating back to my position as the General Manager of a local Houston restaurant named Massa's Seafood. This restaurant was in the same building as Dave's office, and I got to know him as a customer there. Around 3 years into my 5-year position at Massa's Seafood, I began the process of developing and eventually opening my first restaurant, J Henry's Draught House & Kitchen. Throughout this process, I would talk through ideas with Dave for business advice and he was always happy to oblige. Little did I know at the time, but this was the start of what eventually became a business partnership. When I opened J Henry's with the help of some family members, Dave, and his wife Angela (Angie), quickly became regulars and we began conversations about my plans

Defendant's
Exhibit

05

USA v. David Smothermon

for growth and expansion, as my concept was doing well in our area. They, very generously, offered to fast forward my 10-year plan and fund my next endeavor. For that reason alone, I was able to secure a fantastic property and open my 2nd restaurant, Craft 96 Draught House & Kitchen. Their assistance and business knowledge put me in a position to allow my wife to stay at home and raise our kids as Craft 96 quickly became the number one restaurant in the fast-growing League City community. This deal quite literally changed our lives for the better and allowed my wife and I to both achieve our dreams of having success in the restaurant business as well as being able to homeschool our children. Dave and I eventually opened another Craft 96 location in Mont Belvieu and are active in market analysis for future possibilities. Our relationship has grown from business to friendship, and we talk multiple times a week.

In my interactions with Dave, I have come to know him as someone who loves his family a great deal. He will grab lunch from the restaurants multiple times a week to bring to his aging parents, who are often in need of his assistance. He is always more than happy to help.  He and his son, Carson, are always coming in to talk sports with me before or after he takes him to his physical therapy. Dave is fully committed with both his time and finances to getting Carson the best treatments he can find to mitigate his pain and increase his quality of life. Dave was open with my wife and I about Angie's cancer battle and always made sure he didn't miss any of her appointments.  He would even change times of business meetings to make sure he was there for her.

For many years now, I have known Dave as someone I can always come to for advice on personal matters. Personally, with friends, and in my role as a small group leader for our church, I have been able to walk with people through some very hard things. Dave has also walked me through hard times. During a particularly difficult time when our other business partner and I considered dissolving our business relationship, Dave provided his advice and counsel. Dave told me that he didn't want to see me make business decisions today that will impact a lifelong friendship forever. Time and again, I have watched Dave put people and relationships over financial gain. I am grateful for Dave's advice and example.

Dave feels that it is very important to make sure that all of our employees know that they are important to and cared for by their employer. Dave's even bussed tables when our staff were in the weeds.  On multiple occasions, Dave has personally paid for employees of mine at J Henry's (Dave isn't financially a part of this restaurant) when they have struggled with rent or other bills, especially over covid when the restaurants were shut down.  On one occasion, he even bailed one of our employees out of jail. Several years later, when Dave and I were opening a new restaurant together, he agreed that this same employee should be in one of the top roles, showing that he is willing to give people a second chance.  That employee is still a valued member of our staff today.  Dave has always asked me to keep these donations private, as to not embarrass our employees.

We really saw Dave's commitment to our employees during covid. In March of 2020, we had approximately 70 employees. We closed our doors before Texas told us to because we wanted to promote safety. All three partners met to decide what to do next. We knew that many of our employees lived paycheck to paycheck. Before any government program was announced, the three of us decided to pay our employees for as long as we could. We paid every employee 75% of their normal paycheck, except servers. For the servers, we estimated their tip earnings pre-covid and paid them 75% of their paycheck and tips.  Dave's attitude was "it needs to be done." So, we did it.  Dave didn't take a single draw through the pandemic because he wanted us to have money in the bank to pay our employees. We lost no employees during covid and about 75% of them still work for us.

Things haven't always been perfect though. Dave and I opened a restaurant in 2020 in The Woodlands, North Houston. We signed our lease 3 months before covid struck. It took us almost a year to open and our landlord was also suffering, so any type of relief from them was nonexistent. Our concept never took off. Dave suffered a significant financial loss—the kind of loss that would cause many people to end our business relationship.  We closed in a little over 2 years, after never having a single profitable month. Dave handled it about as good as anyone could and he never stopped believing in me and my ability to succeed. Even after this major loss in the Woodlands, Dave agreed to partner in opening our second Craft 96 in late 2022. Dave could have easily walked away and not taken on any more risk opening restaurants with me.  However, once again, his confidence in me and his willingness to understand that sometimes things don't work out the way you hoped they would, allowed us to move forward and our Mont Belvieu restaurant is about to celebrate 3 profitable years.

It isn't unusual for Dave to help out perfect strangers. A blood donation center is in the shopping center with J Henry's. Dave is a regular donor. He comes in the restaurant afterwards to grab a bite to eat. I don't know anyone else who donates blood as frequently as he does. A few years ago, I was having a meeting at J Henry's with a couple from my church, who were leading a mission trip the next week to Honduras.  The purpose of that trip was building a house for a family in need. They broke down when they got a call saying that the donation to complete the project had fallen through. Dave happened to come in while we were meeting.  When I explained what was going on, Dave didn't hesitate to help them out with the funding that they needed.

Both personally and as a business partner, I have never known Dave to be a bad person or someone who would ever want to harm anyone in any way. In fact, for almost 15 years now, I have known Dave Smothermon as someone who cares for everyone around him and is quick to prove that with his actions and generosity. I have known him as a committed family man, a fair businessman, and a generous member of our community. He has been a wonderful business partner and friend to me and my family. Personally, I would certainly

not be where I am today without the partnership I entered into with Dave all those years ago. I am beyond grateful for his belief in me, his business advice and partnership and most importantly his personal friendship.

I have also kept up with Dave's case. Dave immediately told me and our other business partner when he pleaded guilty. Throughout this process, Dave has been up front with us about what's happening. We've appreciated it.

To say that I am shocked by Dave's actions that led to this would be an understatement. It's out of character for the Dave I know. The generosity and compassion demonstrated by the stories I have told aren't exaggerations. They are at the core of who Dave is. That same person made a terrible mistake. Dave's actions had serious consequences for many people. His mistake led to a significant financial loss for Trammo and an even more tragic cost for the employees who lost their jobs and livelihoods. It is a heavy burden that Dave will carry for the rest of his life.

I know you have a difficult decision in front of you. As you weigh your options, I respectfully ask that you consider the totality of Dave's life and his acceptance of responsibility. I respectfully ask you for leniency and to hand down a sentence that doesn't separate Dave from his family.

Sincerely,

Signed by:

*John Amato*

6FD9FA3F122D44E...

John Amato

Oct-06-2025



Jason Daly, Dave Smothermon, and John Amato