

Stephen Brown
6612 Josephine Street
Plano, TX 75024

October 20, 2025

To the Honorable Alvin K. Hellerstein, U.S. District Judge:

My name is Stephen Brown, and I'm originally from Friendswood, TX. Although I no longer live there, I still have many close friends and family members in the greater Houston area, particularly in and around Friendswood. I moved away in 2003 but continue to visit regularly—about every 4 to 6 weeks—due to my parents' declining health and a desire to stay connected with lifelong friends. My work as a real estate developer also frequently brings me back to the area.

I've been married for nearly 29 years, and my wife and I have two adult sons, ages 27 and 25. Our 27-year-old son works for our real estate development company, which focuses on neighborhood-based projects including childcare, healthcare, and retail facilities.

I've known Dave Smothermon since we were both nine years old, when my family moved to Friendswood. I'll never forget the first time I saw him—standing on the baseball field, looking like he weighed about 15 pounds soaking wet. Together, we attended elementary school, middle school, and high school. We grew up playing many sports—especially basketball—and our friendship lasted well beyond high school. When you play sports, trust is one of the most important elements that leads to success. You have to trust your own ability, but more importantly, you have to trust the people you are playing with. The foundation of trust Dave and I have built began during these first experiences on the field and on the court. We continued to remain close throughout college, joining the same fraternity and even living together for about a year and a half before graduating. After college, we both returned to the Houston area.

Over the years, Dave and I experienced several job and career transitions. I launched the business in 2005 after working in the pharmaceutical and medical device industries. After navigating through the financial crises, we fully transitioned out of the medical field and focused exclusively on real estate development. Eventually, Dave became a primary investor in the real estate development company I founded. Some people would hesitate to invite a close, longtime friend to invest in their company. Who hasn't heard of even the closest relationships going sideways when money is involved? But Dave and my relationship is grounded in years of looking out for each other, from the little league field to the basketball court to college fraternity

Defendant's Exhibit

06

USA v. David Smothermon

shenanigans to husbands and fathers to businessmen. I knew I could count on Dave. Dave's involvement played a critical role in the growth and success of our company.

In 2014, we partnered with an early childhood education provider that was looking to expand. Thanks to Dave's financial backing, we were able to help the client grow from 10 to 27 facilities across 12 states in just five years. That level of expansion would not have been possible without his support and collaboration.

In 2015, I began working with a new client that required the development of free-standing emergency departments and micro-hospitals. With Dave's continued involvement, we successfully completed multiple projects in five states. There's no doubt we could not have taken on such projects without his help.

Throughout our business relationship, Dave has been the ideal investor. His financial and business acumen serves our company well. The trust that I extend to Dave is mutual—Dave never had access to our accounting records or bank accounts. He never asked to see financial statements or reports and always trusted the numbers we provided. He does not micromanage. He also understands that despite our best efforts, situations go south. A few years ago, we had a difficult project in Arizona. Unfortunately, we were sued. Dave didn't get angry or place blame or overact. He took the news in stride and supported us through it. We completed the project successfully and still made money at the end of the day. I believe this speaks volumes about his character. Dave is honest and trustworthy, even if he made a terrible mistake in 2016.

On a personal note, family has always been the cornerstone of Dave Smothermon's life. It's the most important aspect of it. He and his wife, Angie, have been married for over 30 years. I still vividly recall a call from Dave in March 1999, when he said, "Well, we have a kid." Their son, Carson, was born several weeks early and later diagnosed with cerebral palsy—a journey that has presented many challenges for their family. More recently, Angie was diagnosed with cancer and has undergone some treatment. On top of this, Dave's father was moved into a dementia care unit and is now mostly non-verbal and in hospice. As you can imagine, Dave's support and involvement with his family are absolutely vital at this time.

Over the years, Dave and Angie have also experienced the loss of many close friends, and Dave has consistently stepped up to support others during challenging times. About 15 years ago, one of our dear friends from college, Angie's former roommate, Shelli Ward, passed away from breast cancer. During her final months, Dave generously contributed $60,000 to help the family manage bills while the husband was unable to work.

Another example: a childhood friend of Angie's passed away from colon cancer roughly 10 years ago. Dave became a mentor and father figure to her daughter, especially during a challenging adolescence. His presence helped guide her through those formative years.

Five years ago, one of our high school friends lost his wife. He works for the Harris County Sheriff's Department and had limited means to cover funeral expenses. When Dave learned the family couldn't afford the burial plot and headstone, he quietly paid for both.

Perhaps most heartbreaking was the sudden loss of Dave's closest friend (also a mutual friend of mine) in a jet ski accident five years ago. The family was left with one child in college and two younger children still in school. Dave stepped in to help the widow reorganize finances and stabilize the household budget.

In November of 2018, Dave called and told me something that rocked me. Dave told me that he was flying with home with his family. The plane landed in Houston, then police boarded and pulled Dave off the plane in front of his wife and Carson. We've been friends almost 45 years and he was the last person I would ever expect to be in this situation.

Dave has kept me updated about his criminal case since then. He's never tried to hide anything from me. He's pled guilty and takes responsibility.  I know that Dave's actions caused harm to people who didn't deserve. Because I know Dave so well, I also know this is a heavy burden for him to carry. He's aged in the last 10 years.

I don't want you to think that I'm trying to excuse Dave's behavior. I want you to understand the true character of Dave Smothermon. These are just a few examples—many more acts of quiet compassion and empathy and generosity from Dave have gone unseen and unrecognized. Beyond what may be seen through a professional lens, Dave has always been an extraordinary friend and someone I continue to trust completely.  He is a devoted husband, caring son, and generous mentor. Many of us owe much of our success and stability to his loyalty, kindness, and quiet generosity. With the utmost respect, I ask you for mercy and leniency. Please consider a sentence that allows him to stay with his family, help his parents, and be with his father in his final days.

Best Regards,

Stephen Brown
Principal – Managing Partner