To the Honorable Alvin K. Hellerstein

I'm Dave's mother, 78 years old and very proud to have him for a son. He has helped me so much over the years. I've had many surgeries over this time and Dave has always been there for me. The last one was about this time last year. In fact I was in the hospital when Dave learned his wife, Angie, had cancer. It was a very trying time as Dave tried to help both of us. Thankfully I have a wonderful daughter also. As I live alone, I depend on Dave a lot to help with car maintenance, house repairs, etc. He brings me food quite often. He has bought us many things as we needed them — chairs, refrigerator, mattress, tires for car.

I'd like to tell you about Dave's dad, James. He was a very good athlete in high school. In fact in his senior year, he was selected as athlete of the year (1954) for all of Collin County, Texas. He was awarded a scholarship to Texas A+M and played baseball there four years. He graduated with a degree in Mechanical Engineering and spent most of his years working at NASA in the shuttle program.

Of course Dave and his dad bonded early on in sports. Dave played T-ball, basketball and soccer through elementary school with his dad as a coach most of the time. He had to choose one sport when he got to high school and he chose basketball. His dad attended every game. We also had a small sailboat that they took to the beach often. They attended many sporting events together.

Defendant's Exhibit
07
USA v. David Smothermon

Dane had a very stressful time when he started Jr. High School. He threw up every morning before school. We never knew why. He was a Junior groomsman in his sister's wedding in 1983 and had to leave in the middle of the wedding to throw up. He came back though.

Dane's high school years were pretty normal. His first year in college was stressful because during the first month, he broke his leg. After surgery and recuperating at home, he didn't want to go back to college. His dad made him go back, even though he was on crutches and lived up several floors in his dorm. I think that was James' way of teaching responsibility. Our family has always been involved in benevolent work — helping serve meals, clothes, canned food to the homeless. Dane and his dad were involved in many charity golf events. It was a good time of bonding for them. He sought his dad's advice on everything - a new job, house or car. James was his Best Man in Dane's wedding. When Dane's son, Carson was born prematurely with cerebral palsy, Dane stayed by his side in the NICU reading to him the same book he read before Carson's birth. He is committed to taking care of Carson for as long as needed.

In 2016 when James was diagnosed with dementia it was a blow to all of us. It hit Dane the hardest because he counted so much on his Dad's advice. Dane came over any time we needed him - day or night during those hard times. He is very generous with his time and money. He bought a refrigerator for our church and gave several thousands of dollars

to our ~~business~~ ~~husband~~ ~~business~~ ~~and~~ us insurance. James now in a memory care home and we visit often. Dave was the first to buy gift cards for the staff and aides. He is very caring, compassionate and generous. Dave has always had a big heart. Most people don't realize how sensitive he is. Even when he was a little boy, he took things hard and carried the weight of his mistakes. I've never seen him carry anything heavier than this.

As I said before, I'm 88 years old, and I don't understand much about trading or all the things that went wrong. What I do know is that Dave has taken responsibility and is trying to make things right. James and I raised him to do that, and I'm proud of him for it.

I am an only child with no family left. This past weekend, Dave and Angie and my daughter, Lori and her husband were all out of town at the same time. I felt so alone. It made me realize that if Dave had to go away, I don't think I could stay in this house by myself. Lori and Dustin help but have their own health issues. I depend on Dave so much. I need his help. He checks on me daily, brings me food and supports me. My husband is in hospice care and slowly dying. I need my son. Respectfully, I ask that you don't send Dave to prison. I know there must be consequences for his actions, but please allow Dave to be with me and his father. We need him.

Sincerely,
Nancy Smotherman



*Dave and me in 1979*



*Dave with chicken pox in 1974*     *Our family in 1975*



*Dave mowing the yard*     *Our family on vacation on the Texas coast*

**COCOUNSEL**

**Skill:** Review Documents

**Result created:** 10/30/2025

**Prompt:** Transcribe the cursive letter into readable text.

**Files:**

- [Nancy Smothermon Letter.PDF](#)

**Result:**

To the Honorable Ulven K. Hellerstein,

I'm Dave's mother, 88 years old and very proud to have him for a son. He has helped me so much over the years. I've had many surgeries over this time and he has always been there for me. The last one was about this time last year. In fact, I was in the hospital when Dave learned his wife, Angie, had cancer. It was a very trying time as Dave tried to help both of us. Thankfully, I have a wonderful daughter also. As I live alone, I depend on Dave a lot to help with car maintenance, house repairs, etc. He brings me food quite often. He has bought us many things as we needed them—chairs, refrigerator, mattress, tires for car.

I'd like to tell you about Dave's dad, James. He was a very good athlete in high school. In fact, in his senior year, he was selected as Athlete of the Year (1959) for all of Collin County, Texas. He was awarded a scholarship to Texas A&M and played baseball there four years. He graduated with a degree in Mechanical Engineering and spent most of his career working at NASA in the shuttle program. Of course Dave and his dad bonded early on in sports. Dave played T-ball, basketball and soccer through elementary school, with his dad as a coach most of the time. We had to choose one sport when he got to high school and he chose basketball. His dad attended every game. We also had a small sailboat that they took to the beach often. They attended many sporting events together.

Dave had a very stressful time when he started junior high school. He threw up every morning before school. We never knew why. He was a junior groomsman in his sister's wedding in 1983 and had to leave in the middle of the wedding to throw up. He came back, though.

Dave's high school years were pretty normal. His first year in college was stressful because during the first month, he broke his leg. After surgery and recuperating at home, he didn't want to go back to college. His dad made him go back, even though he was on crutches and lived up several floors in his dorm. I think that was James' way of teaching responsibility. Our family has always been involved in renovant work—helping serve meals, clothes, canned food to the homeless. Dave and his dad were involved in many charity golf events. It was a good time of bonding for

1

them. He sought his dad's advice on everything—a new job, house or car. James was his best man in Dave's wedding. When Dave's son, Carson, was born premature with cerebral palsy, Dave stayed by his side in the NICU, reading to him the same book he read before Carson was born. He is committed to taking care of Carson for as long as needed.

In 2016, when James was diagnosed with dementia, it was a blow to all of us. It hit Dave the hardest because he counted so much on his dad's advice. Dave came over any time we needed him—day or night during these hard times. He is very generous with his time and money. He bought a refrigerator for our church and gave several thousands of dollars to our minister who had brain cancer and had no insurance. James is now in a memory care home and we visit often. Dave was the first to log gift cards for the staff and aides. He is very caring, compassionate and generous. Dave has always had a big heart. Most people don't realize how sensitive he is. Even when he was a little boy, he took things hard and carried the weight of his mistakes. I've never seen him carry anything heavier than this.

As I said before, I'm 88 years old and I don't understand much about trading or all the things that went wrong. What I do know is that Dave has taken responsibility and is trying to make things right. James and I raised him to do that, and I'm proud of him for it.

I am an only child with no family left. This past weekend, Dave and Angie and my daughter Lou and her husband were all out of town at the same time. I felt so alone. It made me realize that if Dave had to go away, I don't think I could stay in this house by myself. Lou and Austin help but have their own health issues. I depend on Dave so much. I need his help. He checks on me daily, brings me food and supports me. My husband is in hospice care and slowly dying. I need my son. Respectfully, I ask that you don't send Dave to prison. I know there must be consequences for his actions, but please allow Dave to be with me and his father. We need him.

Sincerely,
Nancy Smothermon

2