Javier Hernandez, Jr.
Address
Webster, TX

October 14, 2025

The Honorable Alvin K. Hellerstein
US District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Hellerstein,

     My name is Javier Hernandez Jr., I am currently the General Manger of J. Henry's Draught House and Kitchen in Clear Lake, Texas. I have worked with our company for 10 years and managed for 9 years. I am also currently enrolled at San Jacinto College Central. I'm taking the courses needed to get accepted into the Radiology Technologists program.

     I have known Dave Smothermon for 10 years. He was one of the first guests I took care of when J. Henry's opened. I immediately took a liking to him and his family because they are very welcoming people. Then Dave became our investor for the company. Without him, we wouldn't have been able to flourish as a company. We now have three thriving restaurants, two of which Dave has invested in. I have had the opportunity to see Dave take great interest in our company and help as needed. Even as a patron, Dave was a generous person by giving great gratuity to whoever took care of him when he dined at any of the restaurants.

     Dave is a very giving person in the sense that he helped me at a troublesome time in my life. I was involved in an incident where I was arrested. Dave overheard I needed financial help with getting a lawyer to defend me. Dave, out of the kindness of his heart, gave me money to secure the lawyer, and I was able to pay the remaining fee myself. Without his help I would have been a bad spot because I needed the help but didn't ask for it. My lawyer was able to get my case dismissed. Dave's generosity was greatly appreciated.

     I know Dave has pleaded guilty to his charges and has taken responsibility. I know that his actions hurt many people. I am not trying to excuse what Dave did. I am trying to

Defendant's Exhibit
08
USA v. David Smothermon

tell you who Dave is. Dave and I are so different from each other. He's a rich, straight, middle-aged, white guy from Clear Lake. I am none of those things, but our differences have never mattered to Dave. When he heard I needed help, Dave helped me. He didn't have to help me, but he did.

I know that Dave may go to prison for what he did. I ask you to please consider a sentence that allows Dave to be with his family. His wife Angie has developed cancer and has gone through chemotherapy. His son Carson also needs his father because Dave is very active in his life with Carson's disabilities. Thank you for your time, I greatly appreciate it.

Sincerely,

Javier Hernandez Jr.

Signed by:
*Javier Hernandez Jr.*
6FD9FA3F122D44E...

Oct-10-2025

