Kevin Lenz
3114 Long Bough Court
Houston, TX 77059

October 10, 2025

The Honorable Alvin K. Hellerstein
US District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Hellerstein,

The man who will be present in your courtroom for sentencing on November 20th is my best friend. Dave Smothermon, like all of us, is not perfect and I know nine years ago he engaged in a reckless financial act, which is one of the biggest regrets of his life. I also know something else about Dave: His heart is as big as his chest. Furthermore, if I were allowed to do so, I would testify under oath that throughout his 55 years on this earth he has given to the world much more than he has received.

I am a 56-year-old career steel salesman. I have been married to my wife for 31 years and we are the proud parents of two young adult children. Dave and I first became friends 20 years ago at a volunteer event at the public elementary school that both my daughter and Dave's son, Carson, attended. The event was the PTA school fair, which was annually the PTA's largest fundraising event and an organization both our wives were actively involved in. On the morning of the fair both David and I arrived, with sadly only about 3 other fathers/husbands, to help the ladies set up the event. We were both told previously by our wives that we would just been doing odd-type jobs, like setting up tables, chairs, etc. Well, that's not what happened, and I'll explain. Early that morning the PTA mothers "volunteered" Dave and I with the task of setting up the activity booths, and there were dozens of them. Sounds simple? And it would have been if each booth would not have been accompanied by a 5-gallon bucket filled with 30 lbs of concrete, a 6-foot-tall wooden post embedded into the concrete, and sign at the top of the post advertising the booth's activity (i.e. snow cones, putt-putt, etc.). For over 3 hours, in Houston's heat and humidity, Dave and I bonded as we set up booths and hauled those awkward and heavy concrete

Defendant's Exhibit
**09**
USA v. David Smothermon

fixtures across the school's asphalt parking lot. We also figured out together that our wives pulled a fast-one over on us in order to get us to volunteer. That morning, he and I worked and sweated so much that I thought we were going to pass out. When the day began, I had no idea who Dave was, but by the time it ended I knew I had just made a friend.

When there is need, the community has Dave on speed-dial. Without question Dave is the most charitable and giving person that I have ever known. He freely offers and then gives his time, talents, and treasures. I'll never forget in 2017 when Hurricane Harvey filled the Smothermon home with two feet of water making it inhabitable. It was a complete mess. But as an illustration of the love the community has for Dave and his family, on the first morning the rain stopped, an army of over twenty friends arrived at Dave's house to perform carpentry work and assist in retrieving any personal belongings that could be salvaged from their flood-ravaged home. However, that's not half of the story. The very next day Dave and his family were out working in surrounding neighborhoods performing those same tasks and chores for others, for whose homes had also flooded. So yes…to be clear, with his home waterlogged and countless precious personal items ruined, Dave and his family were out the next day helping others. To this day it is still one of the most remarkable acts of caring and kindness that I have ever witnessed. Fortunately, my home did not flood, but I can state with near certainty that if it had, I do not think I could have mustered the physical and/or emotional energy to go out and help others. But Dave did.

As friends go, there's none better than Dave. I have thousands of friendship memories stored in my head, but the day he and I sold Popeye's chicken sandwiches is my favorite. I'll try to be brief… My son played basketball for his high school, and I was on the booster club. It was the same high school that three years prior Dave's son, Carson, had graduated from. It was a big 6A public school with by far the lowest socio-economic enrollment in the district, which helped equate to poor parental involvement, particularly with the basketball booster club. In fact, I was one of only six parents who participated. For fundraising, once/month the school administration allowed all booster clubs (band, choir, etc.) to sell meals during lunch to the students, but due to low parental involvement the basketball booter club never participated. That changed one month when I raised my hand and volunteered. The meals that each booster club sold were determined by random drawing and consisted primarily of local fast-food and pizza restaurants. The meal/restaurant that I drew was Popeye's Chicken, and by sheer luck that happened to be the most popular meal amongst the student population. Months earlier, Popeye's had just introduced a new spicy chicken sandwich, and teenagers were going nuts for it. School enrolment was 2800 students, so I knew that selling these sandwiches was not going to be a one-man operation but leading up to the event I was unable to recruit help from any basketball team parents. So the morning of the event I woke up resigned to the fact that I was doing this alone. But

then something happened which I will never forget. I heard a brief knock on my back door, and in walked Dave and the first thing he said was, "Let's go and sell some chicken". I remember being confused and asking him, "what are you doing…why are you here?", but the answer was simple; Dave had heard I was in trouble, and he came to help. The two of us departed for the school but on the way stopped at the grocery store to pick up dozens of sodas, chips and then onto Popeye's where we picked up 600 chicken sandwiches…Yes 600 sandwiches! Upon reaching the school cafeteria, Dave and I began setting up our food assembly line on a long table that was set out for us. While setting up we were both quick to notice that all the other booster clubs had a large number of adults present and ready to work. Most tables were staffed by 4 or even 5 volunteers. At our table, it was just me and Dave. So, we set up a plan. We created a system in which Dave was going to hand students the sandwiches and I was going to work the cash box. Well, that seemed like a good plan until the bell rang introducing the first of three lunch sessions. At that point 900 teenagers engulfed the cafeteria and about half of them were looking for the table selling Popeye's. It took about 3 seconds for me and Dave to realize just how unnumbered we were. I vividly remember Dave turning to me and just saying, "let's do this!". The game was now on. Just like the classic episode from I Love Lucy, we felt like Lucy and Ethel at the chocolate factory. Students just kept coming and coming. During that first 35-minute lunch session we sold over 300 meals. The second session was a carbon copy but close to the end we sold out. We were exhausted but in about 1 hour we served 600 meals. This was a day that I'll always remember, but for me what made it the most memorable was the fact that Dave was under no obligation to help. Dave was not a member of the booster club. His son, Carson, didn't play basketball. Heck, Carson had already graduated from that school 3 years prior. Dave did not have to show up and help me. But he did!

I am a steel salesman, and my financial knowledge is limited, so what occurred 9 or 10 years ago between Dave and Trammo is a subject I'm not capable of fully comprehending. But what I have been able to comprehend and see with my own eyes is Dave's state of being, and speaking as David's best friend, this process has wrecked him. Dave is a prideful man, so he and I do not speak much about the Trammo event(s) that has brought him to where he is today. However, on the rare occasion we do, it is easy for me to see that he is remorseful and embarrassed of everything that occurred. Dave is also the cornerstone of his family. I am Dave's best friend, but I want you to know that his best friend is not me. It is Carson, his son, and as you may already know Carson is crippled from Cerebral Palsy. Dave is Carson's best friend, caretaker, and his hero. And if things couldn't get worse, Angie, Dave's wife of 30 years, was diagnosed with both stomach and intestinal cancer earlier this year. Your Honor, this family loves and needs each other! I know technically a prison has bars and walls, but over the last 9+ years Dave has lived in an

emotional prison with stress, sadness, and depression acting as his bars. I know that Dave did something wrong. Something that was really bad, but I would like for you to know that singular action does not define who he is. On November 20th, I will be present in your courtroom and with every fiber of my being I am advising and promising you that the man who will be standing in front of you, and who I will be standing behind, is a good man. A really good man! Please have mercy on Dave.

Regards,



Kevin Lenz



Dave & me with our wives                    Dave & Angie working after Harvey



Dave & me                    The Buchanan Bunch