
July 25, 2025


Paul Therrien
4006 W Main St
Houston, TX 77027


Honorable Alvin K. Hellerstein,
U.S. District Judge:

My name is Paul Therrien, and I have been a commodity trader since 1998. After earning my B.S. in Chemical Engineering from Oklahoma State University in 1993, I spent a year at Tinker Air Force Base in environmental engineering. I joined Koch Industries in 1995 as a process engineer until I was promoted to Market Analyst in the Chemicals Business Development Group. Two years later I transitioned to trading bulk commodity chemicals for Koch Trading in 1998. Over the past 25 years, I've traded bulk chemicals across both cash and financial markets. I've worked for Koch Industries, Duke Energy, Vitol Inc., and a few other smaller trading firms.

In 2000, I joined Duke Energy Merchants to build a chemical trading book. That's where I met David Smothermon, who managed the LPG Options Book. We became close friends and remained so over the next 15 years, regularly meeting for lunch, golf, or drinks after work. Even after Dave left trading, our friendship continued and remains strong today.

Those early years weren't easy for Dave. His son Carson was born with cerebral palsy. I remember the emotional and physical toll it took on both Dave and Angie. He constantly balanced running a demanding trading book with surgeries, therapies, and sleepless nights at home. He never sought sympathy; he just showed up for his family.

Dave also faced professional challenges. Our trade manager often behaved inappropriately toward several women in our group. Dave confronted him directly and was prepared to escalate or resign, which he ultimately did. He didn't look the other way—he stood up for what was right.

Dave went on to co-found Liquidity Partners, a successful brokerage that still operates today. Still, he missed the intellectual challenge of trading and returned to it, eventually joining Trafigura.

Dave was hired to establish the Houston office and oversee the U.S. LPG Trading Book. Over time, he was encouraged to take a more active role in supplying contracts into Latin America. While he was never explicitly asked to engage in illegal activity, it was evident



Defendant's Exhibit
**10**
USA v. David Smothermon

that others around him were. Despite the potential for significant financial gain, Dave chose to pursue new opportunities, which led to Trammo Gas.

At Trammo Gas, Dave helped grow the business significantly. He worked closely with two seasoned partners, David Blosser and John Hinsie. Both men passed away suddenly—John from pancreatic cancer and David in a tragic tractor accident. Dave lost two close friends and trading partners in a short span. He grieved while stepping up to lead the team, carry the business, and support the staff depending on them.

Despite these losses, and the ongoing demands of caring for Carson, Dave continued to support those around him. I recall an employee at Trammo who couldn't afford an expensive car repair, Dave covered the cost with no expectation of being repaid. That wasn't unusual. It's simply who he is.

In another instance, Dave and Angie opened their home to a teenage girl whose mother had passed away from cancer. They helped the young girl finish school and provided stability when she had no one else. They continue to provide support to her today. Later, when Dave's father developed dementia, he again stepped in to support both parents emotionally, physically, and financially. I saw the weight of it all begin to take a toll.

I remember a lunch with Dave and two mutual friends in 2016. Normally upbeat, he was quiet, pale, and distracted. It was clear the pressure was overwhelming. Shortly after, he stepped away from trading to prioritize his family.

I understand that Dave has accepted responsibility and entered a guilty plea. While I wasn't involved in the details of the case, I've known Dave for over 25 years—as a person of integrity, generosity, and decency. It's been difficult to reconcile this situation with the man I've worked with, confided in, and watched quietly care for others.

This chapter has clearly been humbling for him. And yet, even now, he continues to support his family, create jobs, and serve his community. I don't share this to excuse his actions, but to offer a fuller picture of the person he has been and still is.

I've always believed Dave to be a genuinely honest and dependable person; someone whose integrity stands out. He's one of only three people outside my family whom I've asked my wife to turn to if anything ever happens to me. That's not a decision I made lightly; it speaks to the trust and respect I have for him.

Since leaving trading, Dave has built several restaurants that now employ nearly 100 people. He continues to care for his aging parents and is deeply present in Carson's life. Dave and Carson are incredibly close—best friends in every sense. Angie, too, recently

underwent cancer treatment. Thankfully, it has gone well so far, but the family relies on Dave's daily support and presence.

I hope I've helped show you the man I've known all these years—a devoted father and husband, a loyal friend, and a helper to many. I believe our community is stronger with Dave in it, and I respectfully ask you to consider that as you determine his sentence.

Thank you for your time and consideration, Your Honor.


Best regards,

*[signature]*

Paul R. Therrien Jr.