Reese Weldon
10802 Legacy Park Drive, Apt. 11212
Houston, TX 77064

All of us          Me & Dave

October 12, 2025

The Honorable Alvin Hellerstein
U.S. District Judge

Dear Judge Hellerstein:

My name is Reese Weldon and for as long as I can remember, the Smothermons have been my extended family. We spent weekends at each other's houses/bay house and took family vacations together. My mom, Joeli, and Angie were friends who met in high school. Angie and Dave have always been like a built in Aunt and Uncle. Carson is like my brother. Angie and Dave were there when my mom was diagnosed with cancer in 2014, through her long, difficult battle until she passed in September 2016. This happened during my sophomore year in high school, and I began acting out. I was skipping school, getting into bad crowds and distancing myself from anyone who wanted to help me.

At the time of my mom's death, I had to live with my dad, which was a first time for the both of us since I had only lived with my mom since their divorce in 2007. My dad was also grieving while I was



Defendant's Exhibit
11
USA v. David Smothermon

struggling with her death, so he would just let me do anything I wanted to do at the time. When the school would call to let him know I wasn't going to class or completing schoolwork, I would tell him they were wrong, to ignore them and I was doing fine. My dad stuck up for me and took my word. He would do that in many cases. Even when my grandparents were worried about me getting in trouble at school and making bad friends, my dad knew I was struggling and took my side. I know this was his way of supporting me at that time, but the result was that I would be out with my friends getting into unsupervised trouble. Angie and Dave were the opposite. Angie was a persistent person in my life (very persistent) and would drive across town to take me to school herself. She even sat in the parking lot after she dropped me off to make sure I wouldn't skip class. She didn't just do this one time, she did it for months. Angie showed up for me in so many ways I know wouldn't have been possible if it weren't for Dave supporting Carson, their life and commitments in Clear Lake.

After I graduated from high school is when things started to get better and I began to think about the future and what "moving forward" actually meant. I began opening up more to the Smothermon's and they welcomed me in with open arms, celebrating every milestone; my first job, graduating medical assisting school and every birthday. Christmas, Mother's Day, and Thanksgiving all included me. They knew holidays were always the hardest time, so they always went above and beyond, showing up for me time and time again. I am now 25 years old, have my own apartment, dog, career and social life. If 16-year-old me could see me now, she would not believe it. I would not be the woman I am today without the constant love and support from Angie and Dave.

Carson has been a brother to me for as long as I can remember. Carson's relationship with Dave is not the typical relationship most 26-year-olds have with their dad. Dave is Carson's dad first and foremost but also has been his provider and carer since he was born. Dave "speaks" Carson. I have witnessed time and time again Carson can walk down the stairs and just by his grunt or sigh, Dave is able to tell if he didn't get sleep last night, if he is having tightness and pain in his legs, pain in his hips or back, or if it's a migraine. Without even saying a word, Dave can assess what Carson needs in many different scenarios throughout the day. You can't teach what Dave does for Carson because their relationship isn't teachable and pretty hard to explain to others. They spend 24 hours a day with each other, every day. Carson has seen in the last years what this legal situation has done to Dave's mental status and grows more worried every day. Carson also carries around his dad's emotions since they are together all the time and confide in each other. Dave's depression and anxiety are apparent, especially to his family. This doesn't affect just Dave but also weighs on his whole family and their mental health. I think the serious mistake Dave made, and all the consequences are behind his depression and anxiety. I am also in a unique position to understand the impact of Dave being sent away from Carson and his family. I'm worried about Carson and Angie, but I'm also worried about Dave. I know he must face the consequences but hope the sentence you give Dave does not require him to go to prison.

Thank you for your consideration,

Reese Weldon