Lt. Troy Barringer
409 Shadowbend Ave.
Friendswood, TX 77546

November 20, 2025

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Hellerstein:

    My name is Troy Barringer. I am a Lieutenant in Harris County Constable Precinct 3 where I am assigned to the Crime Interdiction Unit. I have 30 years of experience in law enforcement, having worked for 20 years as an officer in the Harris County Sheriff's Office before joining Precinct 3. I also proudly served my country in the U.S. Marine Corps.

    I am a lifelong resident of the Friendswood, Texas community where David Smothermon was born and raised. I have known David since middle school. After graduation, our lives took us different paths. Growing up, David was very family-oriented person and a Christian. As adults, David and I have crossed paths several times. I believe he holds the same values today that he was taught growing up, even though I know he made terrible decisions that have landed him in this situation.

    I want to tell you what David did for me and my family. I married my high school girlfriend, Stephanie. We were married for 26 years and had four children, 4 boys. On August 24, 2019, my wife passed away in her sleep from a medical issue. I was of course devastated! I was broken and lost.

    My wife held the household together. A couple of days after she passed away, there was a knock on my door. It was a mutual friend of David and I, Stephen Brown. Stephen handed me an envelope with money enclosed. Stephen said it was from David, and he wanted to help me out financially whether for bills or to help pay for Stephanie's funeral. David knew my wife growing up as well. I tried to hand the money back to Stephen. He stated that David insisted and would not take the money back. I cried!

    I had several family members and friends reach and to assist on helping me with funeral arrangements, but no one except David helped me out financially and I have millionaire relatives. I think this speaks to David's character. I received financial help

Defendant's Exhibit
**12**
USA v. David Smothermon

from a lifelong friend. He assisted me in paying for half of my wife's funeral and headstone. I will forever be grateful.

    My job is to uphold the law. I take that responsibility seriously. I know that David committed a crime and that people suffered greatly because of his actions. I am not trying to excuse his behavior. I want you to know that David Smothermon is not someone who needs to be locked up to learn his lesson. I also want you to know that you are sentencing a man who has given more to his community that he's taken, who is one of the most generous people I know, and who is more remorseful than I can ever hope to express in this letter.

                                      Sincerely,

                                       *Troy Barringer by dco*
                                       Troy Barringer

