Carson Smothermon
2106 Orchard Country Lane
Houston, TX 77062
carson.smothermon@yahoo.com

October 2, 2025

The Honorable Alvin Hellerstien
Senior District Court Judge
Southern District of New York

Dear Judge Hellerstein,

I write to you not only as the son of David Smothermon, but as someone whose life is deeply intertwined with his. My father is not only my greatest support. He is my rock, my caregiver, and my constant presence as I live with the daily challenges of cerebral palsy. From driving me to medical appointments to caring for me when I physically cannot move, his support is both practical and emotional. He knows my struggles intimately, and our bond, especially over the past decade, has become irreplaceable.

Because I live with cerebral palsy, I struggle with mobility. I trip, fall, and stumble regularly. My parents help me every day with activities like cutting my food, putting on my shoes, helping me up and down stairs, getting my walker when needed, fastening buttons, zipping and unzipping zippers, and providing transportation because I cannot drive. There really are too many things to list. Daily living requires my parents' care, and my bond is strongest with my father. This bond has deepened after my dad retired and I graduated from high school because we spend so much time together.

In 2015, I started my sophomore year of high school. I had a big surgery at the end of 8th grade to lengthen my hamstrings and heel cords.  I didn't get the results I hoped for from the surgery. It was hard for my body to heal with the physical demands of high school. I was determined to fit in, and I pushed my body to the limit. I was struggling to get around the high school, which was so much bigger than my middle school. As my sophomore year wore on, I was more pain and feeling the wear and tear of a long school year.

During the summer of 2016, I rested and went to physical therapy in hopes that if I healed more, I could handle the physical demands of a large high school. I went into junior year feeling so much better. But within a few days of school starting, the pain became unbearable. My parents withdrew me, and I started a homeschool-hybrid program. I hated it. I wanted to be normal. Until then, I had always been able to go to school with my friends.  Withdrawing was so discouraging as well as isolating.  It was so difficult for me. Now I know my parents were struggling just as much watching me suffer and deal with some of the limitations of my cerebral palsy.

I remember that year so well. I was struggling physically and emotionally, but it was also the first time I saw my dad struggle with his mental health. He was more withdrawn and just not his

Defendant's Exhibit
13
USA v. David Smothermon

normal full of life self. I knew my dad loved me, but I didn't understand what was going on with him. Now I do.

I understand now that my father struggles with depression. And this criminal process, which I know he brought on himself, has been incredibly stressful. The one bright spot is that he's now getting help. I need him to be able to continue it.

My dad has always been there for me. A few years ago, my dad helped me through the worst injury of my life. I was moving as fast as I could when I slipped on a dog's bone and fell hard on my tailbone. Initially, we thought it was a minor injury, just a bruise. In fact, my mother decided to maintain her travel plans because I was doing so well. A few days later, the extent of the injury became clear. I couldn't walk, turn in bed, dress myself, or really function at all. I severely stretched the ligaments around my tailbone and pelvis. My doctor told me that I may never recover. I was scared and uncertain. But my dad was there for me. He coaxed me into my hated wheelchair, he slept with me every night for weeks—he was my rock, like always.

Dad always shows up for me. He comes to all my medical appointments. When I'm at my worst, he sits at home with me to make sure that I'm never alone and have everything I need. It may sound small, but when you live with chronic pain, it's huge comfort to have my father by my side.

Sometimes there's nothing anyone can do to relieve my pain. I know how hard it is for my dad to watch this. There are times when I see tears in his eye when I'm at my worst. He hugs me and tells me how sorry he is that I'm going through this. Even when I know he's struggling, he's always there for me.

We also have so much in common and share a deep love for basketball. Because I was never able to play basketball, I coached amateur athletic youth basketball. I loved every minute of it. Coaching combines my two favorite passions—watching basketball while also getting to lead people. The coaches, me and Mr. Lenz, found a gym to rent, signed up for tournaments, scheduled practices, and found a skills trainer. Everyone knew that the time and financial investment were a lot for youth sports. When players couldn't afford the fees, my dad would quietly hand me a check to cover their expenses. He didn't want the players or their families to know—he just wanted them to be able to play. My third year of coaching, many families were struggling financially post-COVID. My dad paid the expenses for every single family on the team.

His care for me is just one example of the kind of person he is. The same dedication he shows at home extends to everyone around him. He has taught me responsibility, not through words, but through his actions. About ten years ago, our family helped open a restaurant. The experience was chaotic and unpredictable, but my father brought stability and compassion. Every visit, I watched him check in with every staff member, asking about how they were doing and their families. He was there for them beyond being a boss, offering support and help in so many ways.

Yes, my father is imperfect. He has struggled under stress and coped poorly. I know the guilt and regret he carries regarding the events of 2016. Since the day he quit Trammo, he has not been the

same. He holds himself to an impossibly high standards and feels the weight of his mistakes more than anyone I know. His actions were inexcusable, and he knows that he betrayed the people he felt so responsible for. Regardless of his sentence, he will never be the same.

This is the hardest part to write. I am not trying to excuse my dad's behavior. I want you to know who my dad is. I want you to know that he's been my champion my entire life. I want you to know that I can't imagine life without him, even for a short time. I also want you to know that my dad is not a fraudster—he is not a bad person. I ask you as respectfully as possible not to sentence my dad to time in prison.

Thank you for your consideration.

Sincerely,

Carson Smothermon



My favorite picture of me and my dad