

Our house after the leak      Rachel's shower      Dave and me playing cornhole

The Koerner Family
13718 Heron Field Court
Houston, TX 77059

October 14, 2025

Honorable Alvin K. Hellerstein
U.S. District Judge
Southern District of New York

Hon. Judge Hellerstein,

We are long-time residents (34 years) of the Clear Lake area of Houston, Texas, living on the same street for 30 years. My wife of 33 years, Stephanie (who earned her post professional doctorate in 2022) is an occupational therapist (OT) with 34 years' experience, practicing for the last 27 years at Houston Methodist Clear Lake Hospital. Her profession focuses on improving independence with patients who have disabilities or injuries. In addition to working as an OT, she has served as an officer (Secretary, Treasurer and President) on numerous booster clubs and has received recognition at work for demonstrating outstanding integrity and care in her workplace. I am a chemical engineer by degree, which I earned in 1991. For the last 13 years, I have been working for INEOS, currently serving as Vice President of Pipeline Supply for our Olefins and Polymers division in Houston. We are the parents of four children, ages 24, 26, 26 and 28. Our four children have all completed bachelor's degrees recently, with two completing doctorates.

Our friendship with Dave Smothermon began when Paige, Cameron and Dave's son Carson were placed in the same kindergarten class 21 years ago. Stephanie recalls her first conversation

Defendant's Exhibit 14 — USA v. David Smothermon

with Carson where he was naming sports teams and players. As a kindergartner, Carson had educated opinions on how various teams would fair in the coming season. It was obvious he was highly influenced by someone who loved sports. This was an early glimpse into the special relationship Carson had with his dad. Throughout kindergarten, our children, along with Christopher French and Elizabeth Lenz became fast friends. Within the same year, our four wives became friends, often volunteering and getting the children together. By the end of the school year, the husbands had become close and we suddenly had family in Houston. Since that time, that is what we have all been for each other, family. As with any family, we each have a role. Dave is the one who is always excited to see you and celebrate your success, gives of his time and his home freely, makes us laugh, helps without being asked or wanting anything in return. He is someone we love spending time with.

Our first family trip together was to Lake Buchanan, leading us to refer to our group as "The Buchanan Bunch." We have celebrated countless birthdays, holidays and anniversaries. As our children have grown and begun lives in various areas, our friendship with Dave and this group remains. We continue to get together on a regular basis whether it be to share a dinner or to watch a game. Dave is an integral part of this group and is someone on whom we can rely without question.

None of us will ever know all the ways that Dave has helped others, as he never brags or boasts about this. I can, however, provide you with examples in which I have been witness to.

First, in August of 2022, I came home to a flooded house and collapsed ceilings thanks to a failure of a water heater located in our attic. This necessitated we spend the next week packing all that could be salvaged in our entire home. It was exhausting and intense. As we cleaned and packed, we heard a knock on the door. Dave stood at our front door, restaurant bags in hand. He'd heard what happened and wanted to help. He'd brought us dinner, and we were so grateful. He continued this, unasked, each evening for the first week. Finally on Saturday he came without dinner because he said we needed to go out and get away for a while. So, he took us to a restaurant to eat. Knowing that we were struggling with securing a 5-month rental through our insurance company, Dave offered his entire bay house for the duration. I cannot tell you what a relief it was to have this back up plan in an extremely stressful point in our lives. Dave's simple acts of generosity and kindness made an overwhelming and stressful situation more bearable. We will never forget his kindness.

Second, at a Lake Buchanan vacation, our niece and nephew came for a few days as well. Neither of them had ever water-skied, jet-skied or caught a fish before, which is almost unimaginable in Texas. That night while we were all visiting, my niece told our group she had also never been tubing down a river. It was a simple, offhand comment in the middle of a crazy night and completely lost on me. But it was not lost on Dave.

In Texas, river tubing is a rite of passage. Spring and early summer are popular times to tube, and it's expensive to rent homes on the river. I'd forgotten my niece's comment about tubing. Dave, however, had not. The following spring, Dave told me that he had booked out his river house and the one next to it for a long weekend which happened to be two weeks after my niece graduated high school. He was letting us use them both for free, during peak rental season. He asked us to take my sister in law's family and enjoy the river for the weekend. Our family and

my wife's had and unbelievably good time going up and down the river and simply being together. Not a word had been said to Dave about the house other than the simple comment a year prior. The trip lives in our family history as "Trip: River House".

One last story is related to the wedding shower of my oldest daughter, Rachel, the first of the Buchanan Bunch kids to be married. Dave and Angie kindly offered to host the shower at their house in Clear Lake and spent weeks planning and organizing the event. On the night before the shower, Angie felt ill and eventually had to be taken to the emergency room where she was hospitalized overnight for surgery. Early the next morning, a mad scramble to move the shower was on. When Dave heard this, he quickly stepped in and stopped the discussion, "The shower will be at our house and there will be no more discussion." So, with Angie in the hospital (and with her blessing) Dave opened his house to 30 guests (most of which he did not know) for an elegant and memorable shower.

The same spirit of care and kindness that Dave has shown us is most evident in his relationship with Carson. From the moment we met the Smothermons, Dave's concern for Carson's well-being was readily apparent. I think missed or late opportunities would weigh on any parent's mind, but cerebral palsy adds another layer of worry and challenges that most cannot understand. My older brother has two grown children with disabilities. My nephew (age 44) has spina bifida and my niece (40) has cerebral palsy. Because they lived in my parents' home throughout my high school years, I became very familiar with the physical and emotional struggles that came with everyday life. This perhaps gives me a different perspective than some. As mentioned earlier, my wife has spent her career working with patients and families facing physical challenges, again perhaps adding to our point of view. In the early years, Carson's limitations did not seem to separate him from his peers. But as Carson approached his teenage years, his peer group became involved in activities and sports which were not feasible for Carson. They began driving, going away to college and living independently, milestones Carson has yet to experience. This has never kept Dave from celebrating Carson's friends in their achievements, nor has it ever lessened the pride and love Dave shows for Carson.

In many ways, Carson needs Dave now more than ever. Carson's peers have clear paths to independence and adulthood. Carson doesn't. Carson is trying his best to find purpose in life while managing his pain and physical limitations. But his pain keeps him from working or attending school. Dave is Carson's constant companion, providing physical care and emotional support. I cannot emphasize enough how much Carson needs Dave.

I know that Dave has pleaded guilty to wire fraud. I know that Dave's actions were not victimless. He has not hidden what happened from us, and I'm not trying to minimize what happened. While I am respectful of whatever decision you must make in Dave's case, I do hope that my input helps convey the full story of who he is as a person. I also respectfully ask you for leniency.

Respectfully,

Kevin J. Koerner