

# Brian D. Schaulin, D.D.S., P.A.
*Oral and Maxillofacial Surgery*

211 East Edgewood (FM 2351)  
Friendswood, Texas 77546

281-992-1153  
Toll Free Pager 1-877-358-4983

October 7, 2025

The Honorable Alvin K Hellerstein  
US District Court Judge  
Southern District of New York

Dear Judge Hellerstein:

    My name is Brian Schaulin, and I am a board certified oral and maxillofacial surgeon practicing in Friendswood, Texas, which is a suburb of Houston. I have practiced in this community for over 25 years, and we reside in nearby Clear Lake close to the Smothermons. My wife of thirty years, Rebecca, manages accounting for my practice. Our practice is a full scope oral surgery practice. I take care of patients across their lifespan, including those with complex medical issues. My patient population ranges from age 6 to over 100 years old. I consult with cardiologists, pulmonologists, internists, endocrinologists, infectious disease experts, and so on to ensure that my patients receive comprehensive care. I have taken care of countless people including some of our nation's astronauts. Professionally, I have seen Dave, Angie, and Carson, as well as Dave's parents, sister, and his nieces and nephews.

    In 2005, mutual friends introduced us to Angie and Dave Smothermon. We learned that Dave is deeply rooted in our community, settling down less than ten miles from his childhood home. Because community is so important to us, we felt an instant connection. That connection has continued to grow through the years. The Smothermons and the Schaulins have enjoyed countless family vacations, dinner parties, social events, and family gatherings together.

*Practice Limited to Oral and Maxillofacial Surgery*

Defendant's Exhibit 16 — USA v. David Smothermon

We were also drawn to the Smothermons because they understood the importance of family. Rebecca and I quickly learned that Carson Smothermon, Dave's son, is the heart and soul of their family. Rebecca and I have two boys who are now 26 years old and 24 years old. Having kids changes everything, but having a child with a disability changes the way you see the world and what truly matters. Carson and Dave share a love of sports, and I always see their family as a team. I know if you asked Dave, he would say that Carson is their G.O.A.T. Dave's dedication to Carson goes far beyond what most people ever see. He's patient, steady, and completely devoted to making sure Carson has every opportunity to live a full life despite the challenges he faces. Watching them together, you can feel the depth of their bond—it's built on unconditional love and sports.

Because of my medical background, our family has always seen Carson as Carson, and not "Cerebral Palsy Carson." That understanding helped Angie and Dave feel comfortable trusting us to watch Carson. We became the first non-family member to watch him while they attended his first parent-teacher conference, where children weren't allowed. They were understandably nervous since Carson wasn't used to our home and we don't have a child with a disability. Rebecca was so moved when they asked us that she cried. It meant that much to both of us.

Watching Carson for a short time deepened our appreciation for the kind of care, love, and devotion that Dave shows his son every day. Dave is Carson's biggest fan, coach, and teammate all at once. Carson is an extraordinary young man with a smile that can light up any room. Though he's faced, and will continue to face, many challenges because of his cerebral palsy and related health issues, he approaches life with the heart of an athlete. We can all see that Carson longs to join his friends on the field, but even when he can't play, he's still part of the team. A true sports savant and numbers whiz, Carson knows every stat and play. Dave is always in his corner, reminding Carson that the game isn't over just because the rules are different. Their bond that runs deeper than father and son. They are true teammates for life.

Like any great teammate, Dave has always known when Carson needs extra support. He could sense when Carson was struggling to fit in, even during a family vacation with friends. I remember one afternoon when Carson was lying on a lounge chair by the pool, watching his friends race up and down a winding water slide.

Sensing that Carson might be feeling left out, Dave leaned over and said, "Let's take the golf cart and see what we can find." Together they spent the day searching for license plates from every state, trying to complete the alphabet. What began as a small gesture turned into a shared adventure. By the end of the weekend, everyone joined in. In this seemingly small moment, Dave showed us all how powerful a father's love and attention can be.

When I think about Dave's relationship with Carson, I always think of Dave's relationship with his own father. Dave's father, Jim, suffers from cardiovascular ischemic dementia, and he can no longer talk or engage meaningfully with the world around him. It's hard to believe that Jim, an aerospace engineer in NASA's shuttle program, now lives in such a limited world after spending his career pushing the boundaries of the human experience. If it's hard for me to believe, I can't imagine standing in Dave's shoes. His decline was more than the loss of a father for Dave. Dave truly lost his best friend—his first teammate. We've watch as Dave has grieved in his own quiet way. Yet somehow, in Dave's quiet strength, you can still see his father's spirit. The way he loves, the way he endures, the way he shows up—it all feels like Jim is still there, guiding him in his own way. Even in the midst of his grief and stress, Dave finds connection, and I admire him for it.

So many of my memories with Dave show just how much he values connection. One memory stands out. In 2007, my wife was diagnosed with non-sustained ventricular tachycardia—a dangerous heart rhythm with the potential to cause sudden death, what doctors call a "shockable" rhythm. We were terrified. She was hospitalized at Texas Heart and scheduled for a cardiac ablation. Dave was the only friend who came to see us, and he came in the middle of the workday without being asked. That simple moment spoke volumes about Dave. When you are sitting in a hospital feeling scared and helpless, and a friend walks through the door just to be there to support you, the feeling is indescribable.

The thought that the man I've known for 20 years now stands before you for sentencing is heartbreaking. I know the gravity of this situation from reading about the impact of Dave's actions and also from witnessing the deep regret and shame he carries every day. I worry about him. The stress, guilt, and constant anxiety have clearly taken a toll on his health. He's spoken to me about his cardiac issues and

memory difficulties, and I worry about these conditions will fare in prison. This is especially true given his family history and his father's vascular dementia. In prison, Dave won't have control over his diet, medical care, or the other factors that help him manage his risk. Even a short sentence for him could have a lasting impact on his brain health. For these reasons, I respectfully ask that you not send him to prison.

Carson also needs Dave on his team to guide him through his daily challenges, encourage him when his pain is to great or life feels unfair, and remind him that he's never alone because his father is with him. I also respectfully ask you to consider Dave's unique responsibilities regarding his son Carson as you sentence him.

Sincerely,

Signed by:
*Brian D. Schaulin*
6FD9FA3F122D44E...

**Brian Schaulin, D.D.S.**