# EXHIBIT 17

# MEDICAL RECORDS NOT FILED PUBLICLY