Timothy J. Essaye
127 Springline Dr
Vero Beach, FL 32963

The Honorable Alvin K. Hellerstein

U.S. District Judge

Dear Judge Hellerstein,

My name is Timothy Essaye and I write to you today on behalf of my long time friend and business associate, David Smothermon. Born in New York and raised in Florida, I have been in the energy industry since graduating from Georgetown University in 1999. My career has taken me from New York (1999-2008) to Houston (2008-2016) to Singapore (2016-2019) and London (2019-2023). I now live in Florida, where I have a small real estate business. I have been married to my wife for 19 years and we have 2 girls, a 16 year old and a 12 year old. They attend a nearby school, the same one my wife and I attended from 1989-1995, where I am on the Board of Trustees.

Dave and I met at an industry conference in Houston in 2008, when I began a new role in LPG/NGL trading. We learned that we had several friends in common and spent time discussing industry trends and developments, typical conference topics. We became fast friends over the weeks and months that followed, and frequent lunch companions. As a newcomer to the LPG/NGL industry, I was eager to learn as much as I could, and Dave was always very generous with his time and knowledge. I recall a discussion we had as the price of a particular NGL market became negative (a very unusual event in commodities markets), and Dave rescheduled a meeting he had that afternoon so that he could spend time with me explaining the peculiarities of the market in question and why prices were behaving the way they were. It was one of many valuable lessons Dave taught me over the years, and just one example of his willingness to give his time and tutelage to new people trying to build a career in the LPG/NGL industry.

Dave and I did a lot of business together over the years. My dealings with him were always fair and honest, and he enjoyed an excellent reputation in the industry. In a business where people sometimes say one thing, then do another, Dave was always someone I could count on to be true to his word. Dave and I used to say frequently, especially to the young traders just starting out, that losing money is forgivable. You might get fired, but if you are honest

Defendant's Exhibit
18
USA v. David Smothermon

and forthright in your dealings, you will keep a good reputation and find another job. The one thing you cannot afford to do in this business is hide losses from your employer because nobody will trust you again. When the details of this case began to emerge, to say I was shocked would be an understatement.

I knew Dave was losing money. So was I. The entire industry generally knows who is making or losing money based in part on how people discuss the market conditions at industry events, and Dave and I saw the market similarly in this case. We both expected demand to pick up based on improved chemical margins, and we each had financial positions that stood to benefit from improving market fundamentals. Those positions were losing money at the time, requiring patience and a lot of intestinal fortitude to remain invested. Both of us had been in this position before and I didn't notice much in his demeanor to suggest that he was struggling under the weight of the losses, but traders are usually good at putting on a brave face, and Dave was no exception.

The commodity trading business is a very high pressured, high stress environment. The pressure to generate profits each day/week/month while managing risk is something that most people never experience in their careers. While all employment in the U.S. is generally "at will", trading houses frequently remind their traders that one wrong move is all it takes to lose their job. Over time that stress can wear a person down, straining marriages and family relationships. Traders often develop alcohol or drug dependencies, have extra marital affairs, or engage in other self destructive behavior to cope with the stress. Dave was always a kind listener and it was extremely helpful to have a friend who knew what it felt like to deal with those pressures, but he was not immune from the impact of that stress.

In addition to frequent discussions about industry topics, we often sought each other's counsel on a variety of personal matters. One constant struggle for Dave was helping his son, Carson, cope with cerebral palsy. The condition was debilitating for Carson, and several surgeries offered little to no relief. There were long periods where he couldn't attend school due to immobility, and Dave was always concerned about his physical and mental wellbeing. I recall Dave saying that he would do anything to relieve Carson's pain and suffering, a sentiment any father could understand, and we frequently shared articles and information on potential new treatments both in the US and abroad.

2015 and 2016 were particularly difficult for Carson, and by extension Dave and his wife Angie. A few years earlier, Dave and Angie invited my family down to their second home in Galveston. We loved the community so much that we ended up buying a home nearby, and enjoyed spending time with them there fishing, swimming, and dining at the various restaurants nearby. During the summers of 2015 and 2016, we were disappointed when Dave and his family couldn't spend much time there because of Carson's surgeries and recovery/rehabilitation regimen. It was a difficult time for his whole family.

I could never pretend to know, with certainty, what led Dave to make the decisions he did in this case. All I can share with you is my history with my friend Dave, a man I knew to be a smart, honest, generous man who cared deeply for his friends and family. As you consider his punishment, please also consider his family's needs and the impact that Dave's incarceration will have on their wellbeing. Carson continues to struggle with his cerebral palsy, requiring frequent treatments for pain. Angie is recovering from her latest bout with cancer. Dave's father suffers from dementia and his mother is unable to care for him, so Dave shoulders a great deal of that responsibility physically and financially. Every day that Dave is in prison will be a tremendous hardship for this family.

I am sharing this information with you not to try to excuse Dave's behavior, but rather to provide you with a fuller picture of his life and provide context into his mental state at the time of the misconduct. I hope you will consider the totality of his life when determining his sentence, rather than what seems to me to be a singular lapse in judgement, and carefully consider the impact of removing Dave from his family at a time when they badly need him.

Sincerely,

Timothy J. Essaye