
Our family at Disney


Carson and Lori

Lori and Dustin Callaway
1211 Red Wing Dr.
Friendswood, TX 77546

September 15, 2025

The Honorable Alvin K. Hellerstein
U.S. District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Hellerstein,

We are writing to you regarding David B. Smothermon and his upcoming sentencing. Our names are Lori and Dustin Callaway. Lori is Dave's older sister by eight years, his only sibling. Dustin is Lori's husband and has known Dave for 44 years. We currently live in Friendswood, Texas, where we've resided for the past 29 years. We recently celebrated 42 years of marriage and are blessed with three grown children and five grandchildren, all of whom live nearby and are an active part of our daily lives.

Dave and Lori have a unique relationship and bond. As a child, Lori begged for a baby brother. Their parents struggled with infertility, so having children was not easy, making both of their lives feel like small miracles. From the start, Lori was overprotective and nurturing toward Dave, so much so that he still refers to Lori as his "second mother." Though life naturally took us all in

Defendant's Exhibit
19
USA v. David Smothermon

different directions for a time, we were drawn close again through one of the most defining events in all our lives: the birth of Dave's son, Carson.

Carson was born prematurely in 1999 and diagnosed with cerebral palsy. Watching Dave and his wife, Angie, rise to meet the challenges of caring for a child with significant medical needs inspired all of us. He and Angie lived out of a hotel near the NICU just to remain close to their son after his birth. Dave showed us his strength through all this, even though we know deep down he was afraid and anxious of what life would be like for his son. Dave has always been an unwavering presence in Carson's life. He attends nearly every one of Carson's doctor's appointments, therapy sessions, and procedures. Carson continues to rely on his dad for transportation, support, and care. Dave's commitment to his son is admirable.

Carson's journey also changed Lori's life in profound ways.  When Carson began physical therapy, Lori joined him for a visit and realized that she wanted to dedicate herself to that career. Lori returned to school at age 40 to pursue a second career in physical therapy as a physical therapy assistant. For the past 21 years, she's been devoted to helping individuals recover from injuries, disabilities, and surgeries. Physical therapy became Lori's calling. Carson's birth impacted all of us and changed our lives for the better.

Dave and Lori's father's dementia diagnosis has also greatly shaped our family.  Dave's relationship with his father, Jim Smothermon, was central in Dave's life before his diagnosis. They shared a uniquely close and personal bond. Dave depended on Jim for wise counsel and often said that he couldn't make an important decision without consulting him. When Dave got married, he chose Jim—not a friend—as his best man. Dave had many friends from school and work, yet he chose his dad to stand by him for the most important decision of his life. That single act speaks volumes about their connection, the kind of man Dave is, and the value Dave places on family.

This has been a long and painful journey for our family. Dave was devastated to lose the presence of his best friend and mentor. We do not believe it is a coincidence that Dave's uncharacteristic and unlawful actions occurred in the spring of 2016, when Jim was diagnosed. It's often said that dementia is the "long goodbye," and that's certainly been true for us. In April 2024, we had to move Jim into a memory care facility because Dave's and Lori's mother, Nancy Smothermon, could no longer care for him. She will turn 88 years old soon, and the emotional toll on her has been heavy. We—especially Lori and Dave—have had to be strong for her while continuing to ensure that Jim is cared for properly.

This period has tested all of us. Most recently we made the difficult decision to begin hospice care for Jim. The emotional and logistical weight of caring for aging parents has been immense. As the only two children in the family, Lori and Dave rely on one another. They've faced their father's physical and mental decline and their mother's growing fragility. We are all sharing the heartbreak that comes with slowly losing parents. We want to be able to continue to support each other through this difficult and emotional time.

Your Honor, we are not writing to ask you to overlook the seriousness of Dave's actions. We know that he made grievous mistakes and that his actions had consequences that deeply affected

others. He has pleaded guilty and takes full responsibility. He carries profound shame and regret. He knows he failed, not just professionally, but personally. He is committed to making amends in whatever ways he can.

We are writing to ask that you consider the full measure of the man before you for sentencing. Dave is a devoted father, a loyal son and brother, and someone who has consistently put the needs of others ahead of his own. We respectfully ask that you take Dave's lifelong character and enduring family commitments into account as you determine his future. We respectfully ask that you consider a sentence that does not include time in prison.

Thank you for your time, your consideration, and for the difficult responsibility you carry.

Respectfully,



Lori and Dustin Callaway

