The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York

Re: Sentencing of David B. Smothermon

Dear Judge Hellerstein,

My name is Kevin Austin, and I have been married to Jeri Austin since 1987. Together we have raised three children, two daughters and a son. My parents moved to the Cypress area outside of Houston in 1972, and I have lived here in this area ever since. I began working for a company called Earthbound Landscaping in 1990. In 1998, when the company went up for sale, my wife and I took out a loan and purchased it. We have owned and operated Earthbound Landscaping ever since, and it has been our livelihood for more than twenty-five years.

When I was fourteen years old and Angie ten, our older brother Jeff passed away from congenital heart failure. This was a very difficult time for our parents and left me as the big brother and protecter of my sister. I first met David around 1991, when I visited my sister in college, I expected to not like him. It wasn't long before I realized the love David had for my sister and that she would be in good hands with him. Back then, among our group of young friends, he stood out as responsible and mature beyond his years. Since David married my sister, he has worked hard to better himself through education and career advancement to provide for his family. Our family is small but close-knit, and David has always made a point to be present for family functions and to lend a helping hand whenever anyone needed it.

In 1998, we purchased a home where we lived and officed out of until it was destroyed during the 2017 Hurricane Harvey flood. Our home sat in three feet of water for nearly a week, and the damage was devastating. Without flood insurance, it was an overwhelming experience. During our cleanup, we organized a day for family, friends, and volunteers to help us clear out and tear down the remaining damage. It was a miserable, exhausting job, rotten food, mold, and destruction everywhere.

Despite having suffered damage to his own home during the same storm, David and Angie showed up that day to help us. They worked tirelessly alongside us, masked up and determined to help in any way they could. At the end of the day, after seeing the toll the ordeal had taken on my wife and me, David asked if he could hire some people to help finish the demolition. I gratefully accepted. That gesture, both selfless and deeply empathetic, is a perfect example of the kind of man David is.

Defendant's Exhibit
20
USA v. David Smothermon

After the flood, it was nearly impossible to get a rental vehicle. David was gracious enough to let us use his son's truck until we were able to secure our own, which took several weeks. Our work truck was flooded as well, this allowed to continue working while putting our lives back together. David and Angie also offered us furniture from a house that had recently moved out of, which we graciously accepted to help furnish our new home.

When our children were born, their grandparents, my mom and dad, started a college fund for each of them with $10,000. At the time, I knew very little about the financial markets or how to invest wisely. These funds were entrusted to David for my three children as well as for his son, Carson. He managed and invested those funds carefully, and by the time the kids were of college age, there was enough money to cover their education expenses and even have a little left over to help them get started in life.

In October of 2014, I was in a bad way due to an alcoholic addiction. David and Angie offered to cover the $15,000 cost of a 30-day treatment program. Ultimately, we did not need that money to go through the recovery program, although they drove me to the out of town facility. Their offer is just one of many, among countless examples to me and others of their generosity and willingness to help. I am now closing in on 11 years of sobriety. I believe in second chances, and I'm hoping that you will see your way to provide one for David.

Your Honor, I write this letter not only to help David, but also to help you understand who David is. He is a husband whose wife, my sister, who is currently battling cancer, and whose son, Carson, lives with cerebral palsy. He is an integral part of making their family function and is deeply needed at home. I understand the seriousness of why David stands before you, but I ask that you also consider the person he has been throughout his life, the husband, father, and family member who consistently puts others before himself. I have no doubt that he is deeply remorseful, and I have seen the toll and stress that his decision has had on him and his family over these last few years. I respectfully ask that you take into account the many ways he has positively affected those around him, and the good he can continue to do moving forward.

Thank you for your time and consideration.

Respectfully,

Signed by:
Kevin Austin
6FD9FA3F122D44E...

14314 Millstone Estates Lane
Cypress, Texas
Phone: 281-541-6555