
Mrs. Suzi Hanks
26 Largo
Hitchcock, TX 77563



October 5, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Sentencing of David B. Smothermon

Dear Judge Hellerstein,

My name is Sue (Suzi) Hanks, and I have lived in Galveston County, TX for 25 years. I am a former longtime Houston radio news reporter, anchor, and morning show personality. I am also a licensed fundraising auctioneer, active volunteer and board member in multiple charitable organizations. Over the years, I have dedicated much of my life to supporting children's causes and community nonprofits, and I write to you today as both a community advocate and a close personal friend of David Smothermon and his wife, who is also my best friend, Angie.

I have known Dave for 16 years, through both friendship, personal business and charitable work. He has consistently shown himself to be generous and compassionate, and I have witnessed firsthand his integrity and kindness.

Dave's generosity has had a profound impact on people I care about. When my "little sister" Marquitta, from the Big Brothers Big Sisters program revealed to me years ago that she and her 4 siblings and 80-year-old great grandmother who was raising them had been going without air conditioning for months during a sweltering Texas summer, Dave stepped in

Defendant's Exhibit
21
USA v. David Smothermon

quietly and purchased a new unit for her house. In fact, Dave and Angie treated Marquitta as if she were my child, with gifts at birthdays, graduations, and school/dorm supplies. I am proud to say she is now a 30-year-old graduate of Texas A&M, wife and working mom with a brand-new baby boy.

Beyond that, he has donated tens of thousands of dollars to Devereux Behavioral Health in League City, Texas, of which I am a board member. Devereaux serves nonverbal autistic children. Years ago, I hosted an event at my home to introduce my friends and family to the organization. Dave and Angie were so moved they immediately contributed a substantial amount and have continued their support both monetarily and personally by sponsoring and attending fundraising events and donating auction items. Dave has also supported fundraising efforts I have been involved in for St. Jude Children's Research Hospital and the Arthritis Foundation. Please know these are not one-time gestures; they reflect a consistent pattern of generosity and care for vulnerable populations.

On a personal level, Dave and Angie have been a source of strength to me during my darkest moments. Three years ago, my brother died by suicide in California. Angie immediately flew out to be by my side, stayed through the funeral, and helped me sort through his belongings and close his affairs. I truly do not know what I would have done without her. Their compassion carried me when I could not carry myself, and I will always be grateful.

I have also experienced Dave's kindness in ways that changed the course of my own family's life. After Hurricane Ike and during the housing crash of 2008, my husband and I were trying to build a home. At that time, new construction loans were nearly impossible to obtain from banks, and we did not have the financial ability to pay for it ourselves. Dave stepped in and personally gave us a construction loan, working hand-in-hand with our contractor and offering us a favorable rate. Simply put, we would not have been able to build our home without him. His generosity, trust, and belief in us made what seemed impossible, possible.

I also know how essential Dave is to his family. His son, Carson, has cerebral palsy and depends on him deeply. Angie has recently been diagnosed with treatable but incurable cancer. In addition, their aging parents are in declining health and in need of caregivers. The truth is, Dave is the cornerstone of his family — their support system, protector, and advocate. His absence would be a devastating blow at a time when he is needed most.

I know that this case, and all of its consequences, has weighed heavily on him. He has become self-isolating, embarrassed, and profoundly remorseful. One terrifying night Angie called me in tears because her phone's locator app showed Dave in the ocean behind our houses. We feared the worst. Thankfully, it was just a glitch, but her fear was real — she worried deeply that his guilt and shame might push him toward the same tragic path my brother took. That moment underscored for me how heavy this burden has been on him, and how important it is that he remain supported by his family and community.

Dave has expressed great remorse for his actions that created this situation. Please know that I'm not trying to excuse his behavior. I know he hurt many people, and I also know how much this continues to weigh on him. The man I have known before and after this case is still a good man — profoundly changed, yes, but still filled with compassion, loyalty, and generosity.

I respectfully ask that you consider Dave in the full context of his life, his character, and his responsibilities. He is not defined by his mistakes alone, even the mistake he regrets the most. He is needed, he is loved, and he still has much good left to give.

Thank you for your time and for considering my perspective.

Respectfully,

Sue Hanks | [illegible]

Sue (Suzi) Hanks