Pat Mikhail
1608 Hickory Bend Lane
Pearland, TX 77581

October 20, 2025

The Honorable Alvin K. Hellerstein
US District Court Judge

Dear Judge Hellerstein,

My name is Pat Mikhail. I met Dave Smothermon over 20 years ago through my brother-in-law, Jeff Girouard. Jeff was the best kind of person. He was the kind who made everyone feel like his best friend within fifteen minutes of meeting him. But the truth is, if you wanted to see what real friendship looked like, you only had to look at Jeff and Dave.

When Jeff passed away on July 24, 2020, our lives changed forever. In the middle of our grief, Dave stepped up. He made sure all of us were cared for, especially Jeff's widow, Kim. We can never repay him for that.

Jeff and Dave met in high school in Friendswood, Texas. I didn't know them back then, but I feel like I did. My wife says that Friendswood in the 1970s and 1980s was a small town where everyone knew each other. It's just south of Houston, not far from NASA and the oil refineries. My wife remembers growing up there, riding bikes, playing outside, and catching crawdads in the creeks and bayous. Dave tells similar stories. Both he and Jeff came from a tight-knit, hardworking community, and that showed in the men they became. Their friendship started in those days and lasted the rest of Jeff's life.

I wish I knew all the ways that Jeff and Dave supported each other over the years, but I know they were always there when it mattered. They were fraternity brothers, groomsmen in each other's weddings, and when Jeff died, Dave was a pallbearer at his funeral. When Dave lost his job just after his son Carson was born, while Carson was still in the hospital, he called Jeff. Jeff found him a job selling mobile homes. Jeff saved the day.

There were also times that Jeff thought he saved the day, but it didn't quite work out that way. Dave's wife, Angie, volunteered a lot, especially when Carson was in school. A friend of Jeff's had connections in professional sports, and Angie, through Dave, asked Jeff if he could get an autographed jersey from Mario Williams, the 2006 first overall NFL draft pick for the Houston Texans. The jersey was to be auctioned off to raise money for Carson's school.

Jeff tried, but he couldn't get the real autograph. Still wanting to help, he forged Mario Williams's signature himself. Dave picked up the jersey, completely unaware, and gave it to Angie for the auction. During the event, he looked closely at the autograph and realized that it wasn't Mario Williams's signature at all. It was Jeff's. Not wanting anyone to buy a fake, Dave kept bidding the price higher and higher until he won it himself. That's Dave for you.

Defendant's Exhibit
22
USA v. David Smothermon

How Jeff died is hard to talk about. Jeff had a bay house near Dave's. One evening in July 2020, Jeff and his daughter Jordyn went out on their jet skis. It was low tide, and they rode over toward Dave's home to see if he was there. On the way back, Jeff hit a sandbar and was thrown from his jet ski. Jordyn was right behind him. She reached him quickly and managed to lift his face out of the water to stop him from drowning. Standing alone on the sandbar in the middle of the bay, she blew her whistle and tried desperately to flag down help. Help eventually came, including Life Flight. Jordyn was a hero, but despite her courage, Jeff didn't make it. He died about a week later.

It was devastating for all of us. It was a sudden loss, and it came during the middle of the pandemic. None of us could be together. We couldn't even say goodbye to Jeff in the hospital. Kim was heartbroken and overwhelmed. She wasn't sure how to support her family financially. We were all lost.

Then Dave stepped up. He came in like the cavalry and somehow knew just what to do. Jeff had owned several mobile home parks, and Dave helped Kim make sense of everything. He helped with figuring out which tenants owed rent, accompanying her to collect payments, and making sure nothing fell through the cracks. A businessman owed Jeff $60,000, and Dave personally met with him, explained the situation, and ensured that Kim was repaid. He also helped her collect Jeff's life insurance and connected her with a financial advisor who now helps her manage and invest that money wisely.

What mattered most wasn't just that Dave knew what to do, it was that he cared enough to do it. He didn't step in because someone asked him to or because it was easy. He did it because that's who he is. We trusted him completely. He loved Jeff, and he loved Jeff's family, and he made sure they'd be okay at the most difficult time in their lives.

And Dave was grieving too. He had lost his best friend. I can only imagine how hard it was for him to push through it and still take care of everyone else. But he did. That's the kind of man Dave is. He is steadfast and loyal, and he is willing to carry the weight when no one else can.

One thing that has always impressed me about Dave is that he does the right thing. I know that may be hard to see because he's pled guilty, but I'm asking you to see it. What Dave did for my sister-in-law, Kim, was life changing. During the darkest days of Jeff's family's life, Dave was there. He stepped in without hesitation and made sure they were taken care of. He did for Kim and her kids exactly what Jeff would have done for Angie and Carson.

I know he's guilty, and I'm not making excuses for him. I also know the man I've seen with my own eyes. Dave's also the man who shows up, who takes care of people, and who puts others before himself. Respectfully, please don't send him to prison. He doesn't belong there.

Sincerely,

*Pat Mikhail /JW*

Pat Mikhail