July 29, 2025

**Honorable Alvin K. Hellerstein**
United States District Court

Dear Judge Hellerstein,

My name is Conner Callaway, and I am writing to you on behalf of my uncle, Dave Smothermon, who is my mother Lori's brother. I am the youngest child of Dustin and Lori Callaway, and Uncle Dave has been a meaningful and consistent presence in my life for as long as I can remember.

Growing up, I only had two uncles, and Dave was the one who lived nearby. He has always played an active role in our family attending birthdays, graduations, and nearly every celebration my siblings and I have had. His presence was not just appreciated, but it was foundational to many of my most cherished memories.

Dave and Angie have always been incredibly kind and generous to our family. Their son, Carson, who is six years younger than I am, has become like a little brother to me. Over the years, I have witnessed firsthand how devoted and loving Dave has been as a father. Carson has faced significant medical challenges throughout his life, and Dave and Angie have always given their full attention to his care juggling countless doctor's appointments, therapies, and procedures. Carson is one of the brightest and most compassionate people I know, which is a direct reflection of the incredible job Dave has done as a parent.

One of the most impactful gestures Dave made in my life came shortly after I graduated from college. At a time when my friends and I were trying to get on our feet, Dave generously opened his home to us and let us stay there until we could find a place of our own. It was an act of kindness I will never forget.

Dave has also played a major role in bonding our family through the game of golf. Since I was young, he would regularly invite me and my siblings to play with him and my grandfather. When my grandfather could no longer join us, Dave carried on the tradition, always eager to include anyone who wanted to play. My love for the game and the values of patience and sportsmanship that come with it stems directly from those experiences with him.

I deeply appreciate the opportunity to share how much my uncle means to me. While Dave made a serious mistake, I have seen nothing but integrity, generosity, and love from him throughout my life. He has shown me, time and again, what it means to be a caring family member, a devoted father, and a positive force in our community. I truly believe he poses no threat to society and continues to make our community stronger through his presence and actions.

Thank you for taking the time to read my letter.

Sincerely,
Conner Callaway

Signed by:
*[signature]*
6FD9FA3F122D44E...

Nov-03-2025

Defendant's Exhibit
**23**
USA v. David Smothermon