Holly Gilmer
2506 Foxden Drive
Pearland, TX 77584

October 6, 2025

The Honorable Alvin K. Hellerstein
U.S. District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Hellerstein,

I am writing in regard to my uncle, Dave Smothermon. Despite what may be going on in his legal case, I want to bring to light the person that I know of as Dave Smothermon.

Dave is my mother's only brother, and they are eight years apart. Because of their age gap, they were often in very different stages of life, but despite that, my uncle always played a meaningful role in our family and specifically in my life. From my earliest years, he took pride in being my uncle. One of my earliest memories is hearing how he proudly took me up to his high school to show me off when I was a baby. He's always been known as the "fun uncle," and his wedding is still a treasured memory for me. The song he danced to with my aunt remains one of my favorites to this day.

I have fond memories of spending time at their house, having sleepovers, and building gingerbread houses. When their son, my cousin Carson, was born prematurely, it was a life-changing moment for our entire family. Watching my aunt and uncle navigate the uncertainty and difficulty that came with Carson's early arrival was eye-opening for me as a child. In those moments, I saw them not just as the fun adults I looked up to, but as courageous, selfless parents doing everything they could for their child.

Carson's early challenges required immense strength and sacrifice. Yet, even during those demanding times, my aunt and uncle remained present in our lives. They showed up for soccer games, family events, and holidays. Their love and support have always been a constant. As I grew older and moved away for college, my uncle continued to be someone I could rely on, especially when I needed someone to talk to outside of my parents. He and my aunt always made time for me, whether through a lunch date or simply being available when I needed support.

Defendant's
Exhibit

24

USA v. David Smothermon

Now that I am an adult and a parent myself, I have an even deeper appreciation for the strength it takes to raise a child with significant medical and developmental needs. My admiration for their unwavering dedication to Carson has only grown. Life has not been easy for them. They have experienced more loss and hardship than most families I know, yet they continue to persevere with resilience, humility, and grace.

While I fully acknowledge that Dave has made mistakes and must face the consequences of his actions, I also believe that one moment or decision should not define an entire life. The man I know has demonstrated love, resilience, and integrity throughout years of hardship and responsibility. He has shown deep care for his family and a commitment to doing what is right, even in difficult times. My hope is that in determining his sentence, grace and compassion are extended, recognizing not only the choices that led him here, but also the good he has done and the potential he still has to contribute positively to his family and community.

Sincerely,

Signed by:

6FD9EA3F122D44E...

Holly Gilmer

Oct-30-2025