# EXHIBIT 25

# MEDICAL RECORDS NOT FILED PUBLICLY