# EXHIBIT 26

# MEDICAL RECORDS NOT FILED PUBLICLY