# EXHIBIT 27

# MEDICAL RECORDS NOT FILED PUBLICLY