Cause Number: _MD-0334740_

| | | | |
|---|---|---|---|
| The State Of Texas | [ ] | In County Court at Law Number 1  2 ③ | |
| V.S. | [ ] | Of | |
| _David Smothermon_ | [ ] | Galveston County, Texas | |
| Defendant | | | |

## Order Amending Information

The foregoing Motion to Amend Information having been presented to me on this the ___2___ day of ___December___, 20_13_, and the Defendant having been first notified, and the said motion having been considered, it is ORDERED that the Information pending in this cause be AMENDED to read as follows:

In the name and by the authority of the State of Texas

On or about the ___30___ day of ___April___, 20_13_, and before the making and filing Of this complaint, in the County of Galveston and State of Texas, ___David Smothermon___, hereinafter styled defendant,

Did then and there, without legal privilege or authority, intentionally, knowingly, or recklessly obstruct a highway and/or street to which the public or a substantial group of the public had access, by:

___blocking a roadway___

Against the peace and dignity of the State.

The Court further finds that said amendment does not charge the Defendant with an additional or different offense, nor does it prejudice the substantial rights of the Defendant.

Signed this the ___2nd___ day of ___December___, 2013,

[ ] John H. Grady
[ ] Barbara E. Roberts
[✓] Kerri Foley
[ ] Visiting Judge
Presiding Judge
County Court at Law No. 1  2
Of Galveston County, Texas

FILED 2013 DEC -2 AM 10: 35

cc1aio

**Defendant's Exhibit 28**
USA v. David Smothermon