UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA,          :     **SCHEDULING ORDER**
:
:
-against-                          :     19 Cr. 382 (AKH)
:
DAVID SMOTHERMON,                  :
:
                 Defendant.     :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing hearing scheduled for November 20, 2025 is hereby adjourned to November 25, 2025 at 11 a.m. in Courtroom 14D.

      SO ORDERED.

Dated:    November 19, 2025                   /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                                       United States District Judge