David Isaak
713 221 2352
disaak@Steptoe.com

**Steptoe**

717 Texas Avenue Suite 2800
Houston, TX 77002-2761
713 221 2300 main
www.steptoe.com

November 25, 2025

*Via E-File*
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    Case No. 19-cr-382; *USA v. David Smothermon*; United States District Court for the
       Southern District of New York

Dear Judge Hellerstein:

      As the Court has requested, below is Mr. Smothermon's plan to satisfy his restitution obligations. As should already be apparent from Mr. Smothermon's initial payment of $8,000,000 last May and an additional $300,000 payment last week, Mr. Smothermon is committed to paying restitution to Trammo, and this plan cements that intention.

      After the $8.3 million Mr. Smothermon has already paid, the balance of Mr. Smothermon's restitution obligation stands at $11,250,081. As discussed in previous filings, Mr. Smothermon is planning soon to sell vacation homes in Galveston, Texas and Cabo San Lucas, Mexico. He expects to sell the Galveston property in the first half of 2026 for between $1.2 to $1.6 million. He also expects to sell the Cabo property no later than the end of 2026 for between $3.0 and $3.5 million.

      Additionally, Mr. Smothermon earns income by developing construction projects as a consultant for BBD Construction. A BBD project is slated to close in late 2026 or early 2027 from which Mr. Smothermon expects to net approximately $1.3 million, which he would also apply to restitution. Between the sale of the two vacation properties and the closing of the BBD project, Mr. Smothermon expects that by early 2027, he will have paid a total of $5.5 and $6.4 million in restitution, leaving a balance of between $4,850,081 and $5,750,081.

      Mr. Smothermon plans to pay down this remaining balance by applying the bulk of his income from his other business ventures—his interests in two restaurants, his interest in a storage

The Honorable Alvin K. Hellerstein
November 25, 2025
Page 2
_____

**Steptoe**

facility, and a rental property in New Braunfels, Texas[1]—to restitution. He estimates that doing so will allow him to pay between $400,000 and $500,000 per year towards restitution. He also intends to apply the after-tax proceeds of any future BBD projects to restitution.

      As the Court requested, defense counsel shared this plan with the prosecutors before submitting it. The prosecutor intends to submit a standard restitution order requiring Mr. Smothermon to pay 20 per cent of his income toward restitution. Mr. Smothermon will also make his financial records available to Probation and the Financial Litigation Section and keep them informed of his efforts to sell properties and any material change in his financial circumstances.

                        Very truly yours,

                        */s/ David Isaak*

                        David Isaak

DI:cmr

---

[1] The New Braunfels property is under rental obligations until the end of 2027. After that, Mr. Smothermon intends to sell that property, which is worth around $300,000, and to apply the proceeds of that sale to the restitution balance.