

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 25, 2025

**BY ECF AND EMAIL**
The Honorable Alvin H. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. David Smothermon,* **S1 19 Cr. 382 (AKH)**

Dear Judge Hellerstein:

    In advance of sentencing in the above-captioned case for defendant David Smothermon (the "defendant"), scheduled for November 25, 2025, the Government is submitting the attached proposed restitution order. The Government will bring copies of this order to Court.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    _____/s/_____
    Matthew Weinberg / Qais Ghafary
    Assistant United States Attorneys
    (212) 637-2386 / -2534

cc:    All Counsel (via ECF and Email)