Julia Gatto
212 378 7587
jgatto@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Via ECF**

May 1, 2026

**So ordered.**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**May 4, 2026**

Re:     *United States v. David Smothermon, 19 cr 382*

Your Honor:

        With the consent of the government, we write to seek an extension of the date on which Mr. Smothermon is scheduled to surrender to serve his prison sentence—from May 19, 2026  to September 15, 2026.

        This request is made to allow Mr. Smothermon to remain with his father, who has entered hospice care, during what are now his father's final months. Mr. Smothermon's father has been diagnosed with Alzheimer's dementia, which has advanced significantly. On March 11, 2026, his treating physicians certified him as hospice-eligible based on the progression of his disease and his limited life expectancy. His doctors estimate that his life expectancy is now six months or less, given his current physical decline.

        Mr. Smothermon and his family thank the Court for its consideration of this application.

Respectfully Submitted,

/s/ Julia Gatto
Julia Gatto
David Isaak
STEPTOE LLP
1114 Avenue of the Americas
New York, NY  10036-7703
Attorneys for David Smothermon

cc:     All Counsel (via ECF)