David Isaak
713 221 2352
disaak@Steptoe.com

717 Texas Avenue Suite 2800
Houston, TX 77002-2761
713 221 2300 main
www.steptoe.com

**So ordered. Mr. Smothermon's surrender date is extended to November 30, 2026.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**September 11, 2026**

September 11, 2026

***Via ECF***

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: **Emergency Motion for Further Extension—*United States v. David Smothermon, 19 cr 382***

Your Honor:

We respectfully write to move—on an emergency and expedited basis—for a further extension of Mr. Smothermon's reporting date from September 15 to November 30, 2026. Mr. Smothermon and his family are grateful for the prior extension the Court granted.[1] Since the Court granted the prior extension, however, his family's circumstances have materially worsened and require him to seek an additional extension.

The government does not object to this extension.[2] Because Mr. Smothermon's release is currently scheduled for Tuesday September 15, Mr. Smothermon respectfully requests that the Court rule on this Motion on an expedited and emergency basis.

Since the prior extension, Mr. Smothermon's 89-year-old mother, Nancy, has been scheduled for surgery today; his father-in-law is terminally ill and receiving hospice care; and his adult son Carson, who has diplegic cerebral palsy, has recently begun falling more frequently. Mr. Smothermon's wife, Angie, is spending extended periods in Houston caring for her ill and elderly parents. And just yesterday, Angie—who is already managing Stage IV blood cancer—underwent an emergency cervical biopsy after an abnormal medical test. The results of the biopsy are not yet known.

---

[1] The prior extension allowed Mr. Smothermon to remain with his father, Jim, during the final stage of his life. Jim, who suffered from dementia and was receiving hospice care, died on July 18, 2026.

[2] Although we first inquired about the Government's position on September 4, we did not learn of their position until today.

These developments warrant an additional extension of Mr. Smothermon's reporting date.

Since Jim's death, his mother, Nancy, has been scheduled for parathyroid surgery today, on September 11, 2026, the earliest date available on her surgeon's schedule. Mr. Smothermon is Nancy's primary caretaker, and, given her advanced age, he will need to assist her during her postoperative recovery. Mr. Smothermon also has been assisting Nancy with estate and transition matters.

Mr. Smothermon's father-in-law, Gary Austin, was diagnosed with dementia in February 2026 and now lives in a memory-care facility in Houston. On April 15, 2026, Blue Star Hospice evaluated Mr. Austin and determined that he was terminally ill, with a life expectancy at that time of six months or less. He continues to receive hospice care. Mr. Smothermon's mother-in-law, Ilene Austin, is 92 years old and lives in assisted living in Houston following a fall that caused a vertebral injury. Angie Smothermon is the primary caretaker for her parents, while Mr. Smothermon manages their finances and pays their bills.

Angie is also managing stage IV blood cancer, which is presently in remission but remains incurable and requires continuing monitoring and treatment. Mr. Smothermon attends all of her medical appointments. Obviously, Angie and Dave are both anxiously awaiting the results of yesterday's biopsy. A malignant diagnosis would be life-changing for them both.

The Smothermons live more than an hour from Angie's parents, and Angie has frequently stayed with them to care for them. During the last four months, she has spent approximately 30 nights at home with Mr. Smothermon and Carson. Mr. Smothermon is Carson's sole caregiver during those absences.

Carson cannot live independently because cerebral palsy affects both of his legs and substantially impairs his mobility and balance. The muscles and tendons in his ankles are shortened, preventing his heels from reaching the floor and causing pain, stiffness, and an elevated risk of falling. His falls have recently become more frequent. During a flare-up, Carson can be bedridden for days and require full-time care. Mr. Smothermon coordinates Carson's medical team, schedules and transports him to weekly medical and physical-therapy appointments, dresses him, cuts his food, and carries him to the car. When Carson falls, Mr. Smothermon is the only person in the household strong enough to lift him consistently from the ground or out of bed.

The requested extension would permit Mr. Smothermon to care for Nancy during her recovery, support Angie as she cares for her terminally ill father and elderly mother, and prepare Carson for Mr. Smothermon's absence by completing arrangements for his care. November 30 also will provide time for Nancy's anticipated postoperative recovery and for the family to implement those arrangements.

Mr. Smothermon has complied fully with all conditions of release and will continue to do so through his reporting. Counsel can provide documentation substantiating Angie's biopsy, Nancy's scheduled surgery, Mr. Austin's hospice status, Carson's medical condition, and the other circumstances described above, under appropriate protections for confidential medical information.

Given these materially worsened circumstances, Mr. Smothermon respectfully requests that the Court grant an extension to Mr. Smothermon's reporting date to November 30, 2026.

Mr. Smothermon and his family thank the Court for its consideration of this application.

Respectfully Submitted,

/s/ *David Isaak*

Julia Gatto
David Isaak
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Attorneys for David Smothermon

cc: All Counsel (via ECF)